**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>     Defendants. | Case No. 1:24-cv-08961-DEH-SDA<br><br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Colleen C. Smith, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Zeta Global Holdings Corp., David A. Steinberg, and Christopher Greiner, in the above-captioned matter.

I am a member in good standing of the bar of the State of California and a certificate of good standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

*[Signature page to follow]*

Dated: December 12, 2024
      San Diego, California

Respectfully submitted,

**LATHAM & WATKINS LLP**

<u>*/s/ Colleen C. Smith*</u>
Colleen C. Smith
12670 High Bluff Drive
San Diego, CA 92130
Tel: (858) 523-5400
Fax: (858) 523-5450
Email: colleen.smith@lw.com

*Attorneys for Defendants Zeta Global Holdings Corp., David A. Steinberg, and Christopher Greiner*

2