MEMO ENDORSED

Colleen C. Smith
Direct Dial: +1.858.523.3985
colleen.smith@lw.com

12670 High Bluff Drive
San Diego, California 92130
Tel: +1.858.523.5400  Fax: +1.858.523.5450
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

December 12, 2024

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Davoodi v. Zeta Global Holdings Corp. et al.*, 1:24-cv-08961-DEH-SDA

Dear Judge Ho:

We represent Defendants Zeta Global Holdings Corp., David A. Steinberg, and Christopher Greiner (collectively, "Defendants") in the above-captioned securities litigation and write, with Plaintiff's consent, pursuant to Your Honor's Individual Rule 2.e regarding scheduling.

The parties jointly submit the attached Stipulation and [Proposed] Order (the "Stipulation") for the Court's consideration and approval. Because the lead plaintiff and lead counsel motion process has not yet been completed pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(A)-(B), and because the eventually appointed lead plaintiff and counsel in securities cases customarily file an amended complaint that becomes the operative pleading, the enclosed Stipulation adjourns the deadline for the Defendants to respond to the initial complaint and defers setting a schedule until following that appointment process. Adjourning the Defendants' time to respond until the operative complaint has been filed will promote efficiency and help conserve resources of the Court and the parties.

For the same reasons, the parties submit that it is premature at this time to address the factual and legal bases of the claims and defenses in this action, to negotiate a discovery schedule, or to discuss a potential settlement. Instead, the parties believe the interest of judicial economy would be best served by addressing such issues after the amended complaint has been filed, any resulting motions to dismiss have been ruled upon by the Court, and if the PSLRA's automatic discovery stay is lifted. To that end, and pursuant to Rule 2.e of Your Honor's Individual Practices, the parties respectfully request that the January 23, 2025 deadline for the submission of the joint letter and case management plan, as well as the January 28, 2025 initial pretrial conference, be adjourned.

There is no current deadline for responding to the present complaint. There have been no previous requests on these issues.

LATHAM&WATKINS LLP

We appreciate the Court's consideration of this matter.

Respectfully submitted,

/s/ Colleen C. Smith
Colleen C. Smith
of LATHAM & WATKINS LLP

cc:    All Counsel of Record via ECF

Application GRANTED.  The January 23, 2025 deadline for the submission of the joint letter and case management plan and the January 28, 2025 initial pretrial conference are hereby ADJOURNED.  The Court will enter the joint stipulation and scheduling order by separate order.

The Clerk of the Court is respectfully directed to close ECF No. 10.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: December 17, 2024
New York, New York