**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>      v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>               Defendants. | Case No. 1:24-cv-08961-DEH-SDA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Colleen C. Smith for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of California and that her contact information is as follows:

Applicant's Name: Colleen C. Smith

Firm Name: Latham & Watkins LLP

Address: 12670 High Bluff Drive

City/State/Zip: San Diego, CA 92130

Telephone: (858) 523-5400

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Zeta Global Holdings Corp., David A. Steinberg, and Christopher Greiner, in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of the Court is respectfully directed to close ECF No. 8.

Dated:_____December 17, 2024_____, 2024

_____

United States District Judge Dale E. Ho

2