UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ARMIN DAVOODI, *individually and on behalf of all* : 
*others similarly situated*, :
: 24-CV-8961 (DEH)
Plaintiff, :
: ORDER REGARDING
-v- : NOTICE TO PURPORTED
: PLAINTIFF CLASS
ZETA GLOBAL HOLDINGS CORP., et al., : MEMBERS
:
Defendants. :
:
-----------------------------------------------------------------------X

DALE E. HO, United States District Judge:

On November 22, 2024, Plaintiff filed a putative class action on behalf of persons and entities that purchased or otherwise acquired Zeta securities between February 27, 2024 and November 13, 2024, inclusive." Docket No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than December 20, 2024**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: December 17, 2024
New York, New York                              _____
                                                DALE E. HO
                                                United States District Judge