**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>Defendants. | Case No. 1:24-cv-08961-DEH |

**[PROPOSED] ORDER**

Having considered Scott Vanderbosch's Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Scott Vanderbosch as Lead Plaintiff; and

3.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____          _____
                                       Hon. Dale E. Ho
                                       United States District Judge

1