**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER, <br><br> Defendants. | No. 1:24-cv-08961-DEH <br><br> Judge Dale E. Ho <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |

**NOTICE OF MOTION AND MOTION OF ALLEGHENY COUNTY EMPLOYEES'**
**RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, AND**
**<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiff Allegheny County Employees' Retirement System ("Allegheny County") respectfully submits this Motion pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), and 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i)  appointing Allegheny County as Lead Plaintiff in the above-captioned Action; (ii) approving Allegheny County's selection of Labaton Keller Sucharow LLP ("Labaton") as Lead Counsel for the Class in the Action; and (iii) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Allegheny County is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Allegheny County has the "largest financial interest" in the relief sought by the Class in this Action.  Allegheny County also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims, and because it will fairly and adequately represent the Class.  Further, Allegheny County is the paradigmatic lead plaintiff envisioned by Congress in enacting the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation that will provide effective monitoring and supervision of counsel.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Allegheny County respectfully requests that the Court grant this motion and enter an Order: (i) appointing Allegheny County as Lead Plaintiff; (ii) approving Allegheny

County's selection of Labaton as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

DATED: January 21, 2025

Respectfully submitted,

/s/ Francis P. McConville

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville
Domenico Minerva
Connor C. Boehme
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
dminerva@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*