# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Zeta Global Holdings Corp.
**Ticker:** ZETA
**Class Period:** 02/27/2024 - 11/13/2024
**Name:** Scott Vanderbosch

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/8/2024 | 1,000 | $35.3300 | -$35,330.0000 | | $0.0000 | -$35,330.00 |
| 11/12/2024 | 1,000 | $29.2471 | -$29,247.1000 | | $0.0000 | -$29,247.10 |
| 11/13/2024 | -2,000 | | $0.0000 | $20.9100 | $41,820.0000 | $41,820.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$22,757.10** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $20.2357 | 0 | **Total:** | **-$22,757.10** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between November 13, 2024  and January 17, 2024. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.