**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, <br><br>                      Plaintiff,<br>    vs.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>                    Defendants. | No. 1:24-cv-08961-DEH<br><br>Judge Dale E. Ho<br><br><u>CLASS ACTION</u><br><br><u>ORAL ARGUMENT REQUESTED</u> |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Keller Sucharow LLP ("Labaton"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff Allegheny County Employees' Retirement System ("Allegheny County"), for the entry of an Order: (1) appointing Allegheny County as Lead Plaintiff in the Action; (2) approving Allegheny County's selection of Labaton as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Allegheny County, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss Chart identifying Allegheny County's transactions in Zeta Holdings Global Corp. securities during the Class Period;

EXHIBIT C:   Notice of pendency of *Armin Davoodi v. Zeta Global Holdings Corp.,* No. 24-cv-08961 (S.D.N.Y) published on *Business Wire* on November 22, 2024;

EXHIBIT D:   Firm Resume of Labaton.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of January, 2025

*/s/ Francis P. McConville*
Francis P. McConville