**Exhibit B**

**LOSS ANALYSIS**

**Class Period:  2/27/24 - 11/13/24**

**Zeta Global Holdings Corp.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| ZETA | 98956A105 | US98956A1051 | BN0TQF4 | $20.2643 |

**Allegheny County Employees' Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 11/06/24 | 1,996 | $30.7600 | ($61,396.96) |
| Purchases | 11/12/24 | 814 | $29.3600 | ($23,899.04) |
| Purchases | 11/13/24 | 923 | $26.2100 | ($24,191.83) |
| Purchases | 11/13/24 | 917 | $26.9982 | ($24,757.35) |
| *Class Period Purchases:* | | *4,650* | | *($134,245.18)* |
| *Class Period Saless that match to Pre-Class Period:* | | *0* | | *$0.00* |
| *Class Period Saless that match to Class Period Purchases:* | | *0* | | *$0.00* |
| Shares Held: | | 4,650 | $20.2643 | $94,229.00 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($40,016.18)** |

| | |
|---|---|
| Total Shares Bought: | 4,650 |
| Total Net Shares: | 4,650 |
| Total Net Expenditures: | ($134,245.18) |

[1] *Value of shares held is the mean trading price from 11/14/24 - 01/21/25*