**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER, <br><br> Defendants. |

Case No.: 1:24-cv-08961-DEH

Hon. Dale E. Ho

### DECLARATION OF ADAM M. APTON IN SUPPORT OF OLGA KUNITSKAYA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF COUNSEL</u>

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Olga Kunitskaya ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of her selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:      True and correct copies of the assignment of claims to Movant from her husband, Alexander Kunitskiy, and the PSLRA Certification signed by Movant attesting to her transactions of Zeta Global Holdings Corp. ("Zeta" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of her transactions in Zeta securities;

**Exhibit C**:    Press Release published November 22, 2024, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Davoodi v. Zeta Global Holdings Corp., et. al.,* Case No. 1:24-cv-08961-DEH;

**Exhibit D**:    Declaration signed by Movant in support of her lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: January 21, 2025                                    Respectfully Submitted,

                                    **LEVI & KORSINSKY, LLP**

                                    By: */s/ Adam M. Apton*
                                    Adam M. Apton (AS-8383)
                                    33 Whitehall Street, 17th Floor
                                    New York, NY 10004
                                    Tel: (212) 363-7500
                                    Fax: (212) 363-7171
                                    Email: aapton@zlk.com

                                    *Lead Counsel for Olga Kunitskaya and*
                                    *[Proposed] Lead Counsel for the Class*