# EXHIBIT B

| | |
|---|---|
| **Client Name** | Olga Kunitskaya |
| **Company Name** | Zeta Global Holdings Corp. |
| **Ticker Symbol** | ZETA |
| **Security Type** | |
| **Class Period Start** | 02-27-2024 |
| **Class Period End** | 11-13-2024 |
| **90-DAY Lookback Period Start** | 11-14-2024 |
| **90-DAY Lookback Period End** | 01-21-2025 |
| **90-DAY Lookback Average** | $ 20.26 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $ 4,912.94 |
| **DURA LIFO* Total** | $ 4,912.94 |
| **Gross Shares Purchased** | 380.792 |
| **Net Shares Retained** | 380.792 |
| **Net Funds Expended** | $ 12,629.52 |

### Olga Kunitskaya - Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 11-06-2024 | 0.946 | 30.73 | $ 29.07 | | | | | | - | 0.946 | 0.946 | $ 20.26 | $ 19.17 | $ 09.90 | $ 09.90 |
| 11-06-2024 | 236 | 30.73 | $ 7,252.28 | | | | | | - | 236 | 236 | $ 20.26 | $ 4,782.43 | $ 2,469.85 | $ 2,469.85 |
| 11-11-2024 | 0.846 | 37.15 | $ 31.43 | | | | | | - | 0.846 | 0.846 | $ 20.26 | $ 17.14 | $ 14.29 | $ 14.29 |
| 11-11-2024 | 143 | 37.18 | $ 5,316.74 | | | | | | - | 143 | 143 | $ 20.26 | $ 2,897.83 | $ 2,418.91 | $ 2,418.91 |
| **Total:** | **380.792** | | **$ 12,629.52** | | | | | | | **380.792** | **380.792** | | **$ 7,716.58** | **$ 4,912.94** | **$ 4,912.94** |

| | |
|---|---|
| **Client Name** | Olga Kunitskaya & Alexander Kunitskiy |
| **Company Name** | Zeta Global Holdings Corp. |
| **Ticker Symbol** | ZETA |
| **Security Type** | |
| **Class Period Start** | 02-27-2024 |
| **Class Period End** | 11-13-2024 |
| **90-DAY Lookback Period Start** | 11-14-2024 |
| **90-DAY Lookback Period End** | 01-20-2025 |
| **90-DAY Lookback Average** | $ 20.26 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $ 4,558.61 |
| **DURA LIFO* Total** | $ 4,558.61 |
| **Gross Shares Purchased** | 511.229 |
| **Net Shares Retained** | 511.229 |
| **Net Funds Expended** | 511.229 |

### Olga Kunitskaya & Alexander Kunitskiy - Account 2

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 10-23-2024 | 0.787 | 25.97 | $ 20.44 | | | | | | - | 0.787 | 0.787 | $ 20.26 | $ 15.95 | $ 04.49 | $ 04.49 |
| 10-23-2024 | 227 | 25.98 | $ 5,897.46 | | | | | | - | 227 | 227 | $ 20.26 | $ 4,600.05 | $ 1,297.41 | $ 1,297.41 |
| 11-06-2024 | 0.78 | 30.7 | $ 23.95 | | | | | | - | 0.78 | 0.78 | $ 20.26 | $ 15.81 | $ 08.14 | $ 08.14 |
| 11-06-2024 | 162 | 30.72 | $ 4,976.64 | | | | | | - | 162 | 162 | $ 20.26 | $ 3,282.86 | $ 1,693.78 | $ 1,693.78 |
| 11-07-2024 | 0.662 | 33.16 | $ 21.95 | | | | | | - | 0.662 | 0.662 | $ 20.26 | $ 13.42 | $ 08.54 | $ 08.54 |
| 11-07-2024 | 20 | 33.15 | $ 663.00 | | | | | | - | 20 | 20 | $ 20.26 | $ 405.29 | $ 257.71 | $ 257.71 |
| 11-07-2024 | 100 | 33.15 | $ 3,315.00 | | | | | | - | 100 | 100 | $ 20.26 | $ 2,026.45 | $ 1,288.55 | $ 1,288.55 |
| **Total:** | **511.229** | | **$ 14,918.44** | | | | | | | **511.229** | **511.229** | | **$ 10,359.82** | **$ 4,558.61** | **$ 4,558.61** |

| | |
|---|---|
| **Client Name** | Olga Kunitskaya |
| **Company Name** | Zeta Global Holdings Corp. |
| **Ticker Symbol** | ZETA |
| **Security Type** | |
| **Class Period Start** | 02-27-2024 |
| **Class Period End** | 11-13-2024 |
| **90-DAY Lookback Period Start** | 11-14-2024 |
| **90-DAY Lookback Period End** | 01-20-2025 |
| **90-DAY Lookback Average** | $ 20.26 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $ 3,534.92 |
| **DURA LIFO* Total** | $ 3,534.92 |
| **Gross Shares Purchased** | 469.053 |
| **Net Shares Retained** | 469.053 |
| **Net Funds Expended** | $ 13,040.06 |

### Olga Kunitskaya - Account 3

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 10-23-2024 | 0.841 | 25.98 | $ 21.85 | | | | | | - | 0.841 | 0.841 | $ 20.26 | $ 17.04 | $ 04.81 | $ 04.81 |
| 10-23-2024 | 191 | 25.96 | $ 4,958.36 | | | | | | - | 191 | 191 | $ 20.26 | $ 3,870.53 | $ 1,087.83 | $ 1,087.83 |
| 11-01-2024 | 0.747 | 28.14 | $ 21.02 | | | | | | - | 0.747 | 0.747 | $ 20.26 | $ 15.14 | $ 05.88 | $ 05.88 |
| 11-01-2024 | 179 | 28.15 | $ 5,038.85 | | | | | | - | 179 | 179 | $ 20.26 | $ 3,627.35 | $ 1,411.50 | $ 1,411.50 |
| 11-06-2024 | 0.465 | 30.8 | $ 14.32 | | | | | | - | 0.465 | 0.465 | $ 20.26 | $ 09.42 | $ 04.90 | $ 04.90 |
| 11-06-2024 | 97 | 30.78 | $ 2,985.66 | | | | | | - | 97 | 97 | $ 20.26 | $ 1,965.66 | $ 1,020.00 | $ 1,020.00 |
| **Total:** | **469.053** | | **$ 13,040.06** | | | | | | | **469.053** | **469.053** | | **$ 9,505.15** | **$ 3,534.92** | **$ 3,534.92** |

| Client Name | Olga Kunitskaya |
|---|---|
| Company Name | Zeta Global Holdings Corp. |
| Ticker Symbol | ZETA |
| Security Type | |
| Class Period Start | 02-27-2024 |
| Class Period End | 11-13-2024 |
| 90-DAY Lookback Period Start | 11-14-2024 |
| 90-DAY Lookback Period End | 01-20-2025 |
| 90-DAY Lookback Average | $ 20.26 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 3,270.78 |
| DURA LIFO* Total | $ 3,270.78 |
| Gross Shares Purchased | 448.619 |
| Net Shares Retained | 448.619 |
| Net Funds Expended | $ 12,361.84 |

**Olga Kunitskaya - Account 4**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-24-2024 | 0.952 | 26.17 | $ 24.91 | | | | | | - | 0.952 | 0.952 | $ 20.26 | $ 19.29 | $ 05.62 | $ 05.62 |
| 10-24-2024 | 140 | 26.17 | $ 3,663.80 | | | | | | - | 140 | 140 | $ 20.26 | $ 2,837.04 | $ 826.76 | $ 826.76 |
| 11-01-2024 | 0.667 | 28.18 | $ 18.80 | | | | | | - | 0.667 | 0.667 | $ 20.26 | $ 13.52 | $ 05.28 | $ 05.28 |
| 11-01-2024 | 307 | 28.19 | $ 8,654.33 | | | | | | - | 307 | 307 | $ 20.26 | $ 6,221.22 | $ 2,433.11 | $ 2,433.11 |
| Total: | 448.619 | | $ 12,361.84 | | | | | | | 448.619 | 448.619 | | $ 9,091.06 | $ 3,270.78 | $ 3,270.78 |

| Client Name | Olga Kunitskaya |
|---|---|
| Company Name | Zeta Global Holdings Corp. |
| Ticker Symbol | ZETA |
| Security Type | |
| Class Period Start | 02-27-2024 |
| Class Period End | 11-13-2024 |
| 90-DAY Lookback Period Start | 11-14-2024 |
| 90-DAY Lookback Period End | 01-20-2025 |
| 90-DAY Lookback Average | $ 20.26 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 3,825.90 |
| DURA LIFO* Total | $ 3,825.90 |
| Gross Shares Purchased | 304.711 |
| Net Shares Retained | 304.711 |
| Net Funds Expended | $ 10,000.73 |

**Olga Kunitskaya - Account 5**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-06-2024 | 0.626 | 30.76 | $ 19.26 | | | | | | - | 0.626 | 0.626 | $ 20.26 | $ 12.69 | $ 06.57 | $ 06.57 |
| 11-06-2024 | 162 | 30.75 | $ 4,981.50 | | | | | | - | 162 | 162 | $ 20.26 | $ 3,282.86 | $ 1,698.64 | $ 1,698.64 |
| 11-08-2024 | 0.085 | 35.2 | $ 02.99 | | | | | | - | 0.085 | 0.085 | $ 20.26 | $ 01.72 | $ 01.27 | $ 01.27 |
| 11-08-2024 | 142 | 35.19 | $ 4,996.98 | | | | | | - | 142 | 142 | $ 20.26 | $ 2,877.57 | $ 2,119.41 | $ 2,119.41 |
| Total: | 304.711 | | $ 10,000.73 | | | | | | | 304.711 | 304.711 | | $ 6,174.83 | $ 3,825.90 | $ 3,825.90 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $ 20,103.15 |
| DURALIFO* Total | $ 20,103.15 |
| Gross Shares Purchased | 2114.404 |
| Net Shares Retained | 2114.404 |
| Net Funds Expended | $ 62,950.59 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.