**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, <br><br>         Plaintiff, <br><br>    v. <br><br> ZETA GLOBAL HOLDINGS CORP. DAVID A. STEINBERG, and CRISTOPHER GREINER, <br><br>         Defendants. | Case No: 1:24-cv-08961-DEH <br><br> <u>CLASS ACTION</u> |

**NOTICE OF MOTION AND MOTION OF**
**ROBERT E. SHEEHAN JR. FOR APPOINTMENT AS LEAD**
**<u>PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Robert E. Sheehan Jr. ("Movant") will and hereby does respectfully move this Court for an Order: (1) appointing Movant as Lead Plaintiff pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), on behalf of a putative "Class" consisting of all persons and entities that purchased or otherwise acquired Zeta Global Holdings Corp. ("Zeta" or the "Company") securities between February 27, 2024 and November 13, 2024, inclusive; (2) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Brandon Walker, the [Proposed] Order Appointing Movant as Lead Plaintiff and Approving Movant's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: January 21, 2025                    Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

By: */s/ Brandon Walker*
Brandon Walker
Lawrence P. Eagel
Marion C. Passmore
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  (212) 308-5858
Facsimile:  (212) 214-0506
Email: walker@bespc.com
        eagel@bespc.com
        passmore@bespc.com

1

2

*Counsel for Movant Robert E. Sheehan Jr. and*
*Proposed Lead Counsel for the Class*

2

## **CERTIFICATE OF SERVICE**

I, Brandon Walker, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 21st day of January, 2025.

*/s/ Brandon Walker*
Brandon Walker
