**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZETA GLOBAL HOLDINGS CORP. DAVID A. STEINBERG, and CRISTOPHER GREINER, <br><br> Defendants. | Case No: 1:24-cv-08961-DEH <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF BRANDON WALKER IN SUPPORT OF**
**MOTION OF ROBERT E. SHEEHAN JR. FOR APPOINTMENT AS**
<u>**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**</u>

I, Brandon Walker, hereby declare as follows:

1.      I am a Partner and shareholder with the law firm of Bragar Eagel & Squire, P.C. ("BES"), counsel for lead plaintiff movant Robert E. Sheehan Jr. ("Movant") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of BES as Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Private Securities Litigation Reform Act of 1995 certification signed by Movant, attaching his Zeta Global Holdings Corp. securities transactions during the Class Period in a Schedule A, thereto;

Exhibit B:    Loss Chart detailing Movant's estimated financial losses;

Exhibit C:    Press release published November 22, 2024, on *Business Wire* announcing the pendency of the securities class action against defendants herein: *Davoodi v. Zeta Global Holdings Corp. et al.*, Case No. 1:24-cv-08961; and

Exhibit D:    BES firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 21st day of January, 2025.

*/s/ Brandon Walker*
Brandon Walker

1

## <u>CERTIFICATE OF SERVICE</u>

I, Brandon Walker, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 21st day of January, 2025.

*/s/ Brandon Walker*
Brandon Walker
