# EXHIBIT B

**Zeta Global Holdings, Inc**

| | |
|---|---|
| Company Name | Zeta Global Holdings, Inc |
| Ticker Symbol | ZETA |
| Security Type | Common Stock |
| Class Period Start | 02/27/2024 |
| Class Period End | 11/13/2024 |
| 90-DAY Lookback Period Start | 11/14/2024 |
| 90-DAY Lookback Period End | 01/20/2025 |
| 90-DAY Lookback Average | $20.91 |

| **Movant** | **Loss** |
|---|---|
| Sheehan | ($16,480.00) |
| **Total Loss** | **($16,480.00)** |

| Client Name | Robert Sheehan |
|---|---|
| Company Name | Zeta Global Holdings, Inc |
| Ticker Symbol | ZETA |
| Security Type | Common Stock |
| Class Period Start | 02/27/2024 |
| Class Period End | 11/13/2024 |
| 90-DAY Lookback Period Start | 11/14/2024 |
| 90-DAY Lookback Period End | 01/20/2025 |
| 90-DAY Lookback Average | $20.29 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($16,480.00) |
| Net Shares Retained | 1,600.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 10/25/2024 | 100 | $26.69 | ($2,669.00) | | | ($2,669.00) |
| 10/25/2024 | 100 | $26.79 | ($2,679.00) | | | ($5,348.00) |
| 10/25/2024 | 100 | $26.84 | ($2,684.00) | | | ($8,032.00) |
| 10/25/2024 | 100 | $26.85 | ($2,685.00) | | | ($10,717.00) |
| 10/30/2024 | 5 | $28.72 | ($143.60) | | | ($10,860.60) |
| 10/30/2024 | 25 | $28.92 | ($723.00) | | | ($11,583.60) |
| 10/30/2024 | 50 | $28.91 | ($1,445.50) | | | ($13,029.10) |
| 10/30/2024 | 20 | $28.86 | ($577.20) | | | ($13,606.30) |
| 10/30/2024 | 50 | $29.00 | ($1,450.00) | | | ($15,056.30) |
| 10/31/2024 | 10 | $28.75 | ($287.50) | | | ($15,343.80) |
| 10/31/2024 | 25 | $28.35 | ($708.75) | | | ($16,052.55) |
| 10/31/2024 | 25 | $28.13 | ($703.25) | | | ($16,755.80) |
| 10/31/2024 | 5 | $28.21 | ($141.05) | | | ($16,896.85) |
| 10/31/2024 | 20 | $27.83 | ($556.60) | | | ($17,453.45) |
| 10/31/2024 | 15 | $28.05 | ($420.75) | | | ($17,874.20) |
| 11/6/2024 | -50 | | | $31.70 | $1,585.00 | ($16,289.20) |
| 11/6/2024 | -50 | | | $31.82 | $1,591.00 | ($14,698.20) |
| 11/7/2024 | -5 | | | $32.83 | $164.15 | ($14,534.05) |
| 11/7/2024 | 15 | $33.17 | ($497.55) | | | ($15,031.60) |
| 11/7/2024 | 10 | $33.27 | ($332.70) | | | ($15,364.30) |
| 11/7/2024 | -25 | | | $34.38 | $859.50 | ($14,504.80) |
| 11/8/2024 | 10 | $35.43 | ($354.30) | | | ($14,859.10) |
| 11/8/2024 | 50 | $35.73 | ($1,786.50) | | | ($16,645.60) |
| 11/8/2024 | 10 | $35.55 | ($355.50) | | | ($17,001.10) |
| 11/8/2024 | 15 | $35.37 | ($530.55) | | | ($17,531.65) |
| 11/8/2024 | 25 | $35.15 | ($878.75) | | | ($18,410.40) |
| 11/8/2024 | 10 | $35.12 | ($351.20) | | | ($18,761.60) |
| 11/8/2024 | 5 | $34.55 | ($172.75) | | | ($18,934.35) |
| 11/8/2024 | 5 | $34.69 | ($173.45) | | | ($19,107.80) |
| 11/11/2024 | 30 | $36.68 | ($1,100.40) | | | ($20,208.20) |
| 11/11/2024 | 50 | $36.75 | ($1,837.50) | | | ($22,045.70) |
| 11/12/2024 | 55 | $32.68 | ($1,797.40) | | | ($23,843.10) |
| 11/12/2024 | 30 | $32.58 | ($977.40) | | | ($24,820.50) |
| 11/12/2024 | 50 | $32.28 | ($1,614.00) | | | ($26,434.50) |
| 11/12/2024 | 35 | $32.03 | ($1,121.05) | | | ($27,555.55) |
| 11/12/2024 | 65 | $31.21 | ($2,028.65) | | | ($29,584.20) |
| 11/12/2024 | 100 | $31.13 | ($3,113.00) | | | ($32,697.20) |
| 11/12/2024 | 50 | $30.58 | ($1,529.00) | | | ($34,226.20) |

| Date | Shares | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 11/12/2024 | 30 | $30.38 | ($911.40) | | | ($35,137.60) |
| 11/12/2024 | 15 | $30.30 | ($454.50) | | | ($35,592.10) |
| 11/12/2024 | 100 | $30.25 | ($3,025.00) | | | ($38,617.10) |
| 11/12/2024 | 50 | $29.69 | ($1,484.50) | | | ($40,101.60) |
| 11/12/2024 | -15 | | | $29.80 | $447.00 | ($39,654.60) |
| 11/12/2024 | -15 | | | $29.57 | $443.55 | ($39,211.05) |
| 11/12/2024 | 15 | $29.51 | ($442.65) | | | ($39,653.70) |
| 11/12/2024 | 30 | $29.44 | ($883.20) | | | ($40,536.90) |
| 11/12/2024 | 20 | $29.49 | ($589.80) | | | ($41,126.70) |
| 11/12/2024 | 30 | $29.36 | ($880.80) | | | ($42,007.50) |
| 11/12/2024 | 25 | $29.21 | ($730.25) | | | ($42,737.75) |
| 11/12/2024 | 25 | $29.24 | ($731.00) | | | ($43,468.75) |
| 11/12/2024 | 75 | $28.23 | ($2,117.25) | | | ($45,586.00) |
| 11/12/2024 | 25 | $27.93 | ($698.25) | | | ($46,284.25) |
| 11/12/2024 | 25 | $28.14 | ($703.50) | | | ($46,987.75) |
| 11/12/2024 | 25 | $28.17 | ($704.25) | | | ($47,692.00) |
| 11/13/2024 | -500 | | | $27.50 | $13,750.00 | ($33,942.00) |
| 11/13/2024 | 500 | $27.25 | ($13,625.00) | | | ($47,567.00) |
| 11/13/2024 | 500 | $26.00 | ($13,000.00) | | | ($60,567.00) |
| 11/13/2024 | -100 | | | $24.75 | $2,475.00 | ($58,092.00) |
| 11/13/2024 | -100 | | | $24.88 | $2,488.00 | ($55,604.00) |
| 11/13/2024 | -100 | | | $24.80 | $2,480.00 | ($53,124.00) |
| 11/13/2024 | -100 | | | $24.80 | $2,480.00 | ($50,644.00) |
| 11/13/2024 | -100 | | | $17.00 | $1,700.00 | ($48,944.00) |
| **Retained Shares** | 1,600 | | | | **Subtotal** | ($48,944.00) |
| | | | | | **Retained Share Value** | $32,464.00 |
| | | | | | **Total** | ($16,480.00) |