**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>    Defendants. | Case No. 1:24-cv-08961<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION OF THE DART TRUST FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL** |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff the Dart Trust will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 905 of the Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007, for an order: (1) appointing the Dart Trust as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; and (2) approving the Dart Trust's selection of Block & Leviton LLP as Lead Counsel for the proposed class. In support of this Motion, the Dart Trust submits the accompanying Memorandum of Law, Declaration of Jeffrey C. Block and accompanying Exhibits, and a [Proposed] Order.

DATED:  January 21, 2025                    Respectfully submitted,

*/s/ Jeffrey C. Block*
Jeffrey C. Block
Jacob A. Walker (*pro hac vice* forthcoming)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
sarah@blockleviton.com

*Counsel for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I, Jeffrey C. Block, hereby certify that on January 21, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Jeffrey C. Block*
Jeffrey C. Block
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com

*Counsel for Plaintiff*