**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>      Defendants. | Case No. 1:24-cv-08961<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |

Having considered the Dart Trust's Motion for Appointment as Lead Plaintiff and Appointment of Lead Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED.

2.      The Dart Trust is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3.      Block & Leviton LLP is appointed Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the class: (a) preparing and filing pleadings; (b) briefing and arguing motions; (c) conducting discovery proceedings and depositions; (d) settlement negotiations with counsel for defendants; (e) pretrial proceedings and the trial of this matter; and (f) the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: _____          _____
                                        THE HONORABLE DALE E. HO
                                        UNITED STATES DISTRICT JUDGE