**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>Defendants. | **Case No. 1:24-cv-8961-DEH** |

**AMIR KONIGSBERG'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Amir Konigsberg, by and through his undersigned counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for the entry of an Order: (1) appointing Mr. Konigsberg as Lead Plaintiff in this action; and (2) approving his selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel for the litigation.

In support of this Motion, Mr. Konigsberg submits a Memorandum in Support, Declaration, and Exhibits thereto, and a [Proposed] Order granting his Motion. As set forth in the Memorandum in Support filed concurrently herewith, the procedural requirements of the PSLRA have been satisfied, and Mr. Konigsberg is the presumptive most adequate plaintiff and further satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil

1

Procedure. As such, Mr. Konigsberg respectfully requests this Court to appoint him as Lead Plaintiff in this action and approve his selection of KSF as Lead Counsel for the Class.

DATED: January 21, 2025

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*s/ Kim Miller*
Kim Miller (KM6996)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
kim.miller@ksfcounsel.com

Ramzi Abadou
(*pro hac vice to be submitted*)
**KAHN SWICK & FOTI, LLP**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn
(*pro hac vice to be submitted*)
James T. Fetter
(*pro hac vice to be submitted*)
Alexandra Pratt
(*pro hac vice to be submitted*)
**KAHN SWICK & FOTI, LLC**
1100 Poydras Street, Suite 960
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
james.fetter@ksfcounsel.com
alexandra.pratt@ksfcounsel.com

*Counsel for Movant Amir Konigsberg*

2

## CERTIFICATE OF SERVICE

On January 21, 2025 the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*s/ Kim Miller*
Kim Miller
