**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>Defendants. | **Case No. 1:24-cv-8961-DEH** |

**PROPOSED ORDER APPOINTING LEAD PLAINTIFF**
**AND APPROVING SELECTION OF LEAD COUNSEL**

WHEREAS, the above-captioned securities class action has been filed against Zeta Global Holdings Corp., et al. (collectively "Defendants"), alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), Plaintiff Armin Davoodi in the above-captioned action caused notice to be issued to potential class members of the action on November 22, 2024, informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on January 21, 2025, Amir Konigsberg moved the Court: (1) for appointment as Lead Plaintiff; and (2) to approve his selection of Kahn Swick & Foti, LLC as Lead Counsel;

WHEREAS, the PSLRA provides, *inter alia*, that the most-adequate plaintiff to serve as lead plaintiff is the person that has either filed a complaint or has made a motion in response to a

1

notice and has the largest financial interest in the relief sought by the Class and satisfies the pertinent requirements of FED. R. CIV. P. 23;

WHEREAS, the Court finding that Mr. Konigsberg has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of FED. R. CIV. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

**IT IS HEREBY ORDERED THAT:**

Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Amir Konigsberg is appointed as Lead Plaintiff of the class as he has the largest financial interest in this litigation and otherwise satisfies the requirements of FED. R. CIV. P. 23.

Amir Konigsberg's selection of counsel is approved. Kahn Swick & Foti, LLC is therefore appointed as Lead Counsel.

Lead Counsel shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of the Lead Plaintiff and Class.

Dated:_____          _____
                                                              HONORABLE DALE E. HO
                                                        UNITED STATES DISTRICT JUDGE

2