**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-08961-DEH-SDA |
| Plaintiff, | CLASS ACTION |
| v. | |
| ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER, | |
| Defendants. | |

**NOTICE OF MOTION OF ERIC STEPHANSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on February 11, 2025, at 10:30 a.m., before the Honorable Dale E. Ho, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall Courthouse, 40 Foley Square, Courtroom 905, New York, New York 10007, Eric Stephanson, by and through his undersigned counsel, will respectfully move this Court for an entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Mr. Stephanson as Lead Plaintiff in the above-captioned securities class action; (2) approving his selection of Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel for the Class; and (3) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Mr. Stephanson believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Mr. Stephanson believes he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $109,000 in losses that he incurred on his investments in Zeta Global Holdings Corp. securities during the Class Period, as assessed under the U.S. Supreme Court's ruling in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005). Mr. Stephanson also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Stephanson respectfully requests that the Court: (1) appoint him as Lead Plaintiff pursuant to the PSLRA; (2) approve his selection of BFA as Lead Counsel for the Class; and (3) grant any such further relief as the Court may deem just and proper.

Dated: January 21, 2025                                  Respectfully submitted,

                                                         **BLEICHMAR FONTI & AULD LLP**

                                                         */s/ Javier Bleichmar*
                                                         Javier Bleichmar
                                                         300 Park Avenue, Suite 1301
                                                         New York, New York 10022
                                                         Telephone: (212) 789-1340
                                                         Facsimile: (212) 205-3960
                                                         jbleichmar@bfalaw.com

                                                         -and-

                                                         Ross Shikowitz
                                                         75 Virginia Road
                                                         White Plains, New York 10603
                                                         Telephone: (914) 265-2991
                                                         Facsimile: (212) 205-3960
                                                         rshikowitz@bfalaw.com

                                                         -and-

                                                         Adam C. McCall (*pro hac vice* forthcoming)
                                                         1330 Broadway, Suite 630
                                                         Oakland, California 94612
                                                         Telephone: (212) 789-2303
                                                         Facsimile: (415) 445-4020
                                                         amccall@bfalaw.com

                                                         *Counsel for Proposed Lead Plaintiff Eric Stephanson, and Proposed Lead Counsel for the Putative Class*

2