**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER, <br><br> Defendants. | **Case No. 1:24-cv-8961-DEH** |

**DECLARATION OF KIM MILLER IN SUPPORT OF AMIR KONIGSBERG'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Kim Miller, hereby declare as follows:

1.      I am an attorney at Kahn Swick & Foti, LLC and Proposed Lead Counsel for this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New York and admitted before this Court. I make this Declaration in support of the Motion of Amir Konigsberg to appoint him as Lead Plaintiff and approve his selection of Kahn Swick & Foti, LLC as Lead Counsel.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Mr. Konigsberg's PSLRA certification.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart evidencing Mr. Konigsberg's losses in this action.

1

2

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Amir Konigsberg in Support of His Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: January 21, 2025                                  _/s/ Kim Miller_____
                                                                         Kim Miller