# EXHIBIT B

**ZETA SECURITIES LITIGATION**
**LOSS CHART**

| | | |
|---|---|---|
| **CLASS PERIOD BEGINS** | 2/27/2024 | |
| **CLASS PERIOD ENDS** | 11/13/2024 | |
| **90-DAY ENDS** | 2/11/2025 | **Not Expired** |
| **MEAN TRADING PRICE** | **$20.29** | |

| PURCHASE DATE | QUANTITY | PRICE | TOTAL COST | SALES DATE | QUANTITY | PRICE | TOTAL PROCEEDS | TOTAL GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|
| 8/15/2024 | 900 | $ 24.45 | $ (22,005.00) | | | | | |
| 9/24/2024 | 700 | $ 29.43 | $ (20,601.00) | | | | | |
| 10/10/2024 | 465 | $ 31.91 | $ (14,838.15) | | | | | |
| 10/10/2024 | 1,600 | $ 31.80 | $ (50,878.66) | | | | | |
| 10/11/2024 | 1,500 | $ 30.00 | $ (45,000.00) | | | | | |
| 10/11/2024 | 1,800 | $ 29.84 | $ (53,707.50) | | | | | |
| 10/14/2024 | 5,000 | $ 30.72 | $ (153,600.00) | | | | | |
| 10/14/2024 | 3,000 | $ 30.68 | $ (92,040.00) | | | | | |
| | | | | 10/15/2024 | (14,965) | $ 31.97 | $ 478,431.05 | $ 25,760.74 |
| 10/16/2024 | 6,500 | $ 31.30 | $ (203,450.00) | | | | | |
| 10/16/2024 | 3,100 | $ 31.01 | $ (96,130.60) | | | | | |
| | | | | **HELD*** | (9,600) | $ 20.29 | $ 194,815.26 | $ (104,765.34) |
| **TOTA PURCHASES:** | **24,565** | **TOTAL COST:** | **$ (752,250.91)** | | | | **TOTAL LOSS:** | **$ (79,004.60)** |

**HELD*** = For shares acquired during the Class Period, but held throughout the 90-day period immediately thereafter, losses have been determined using "the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." 15 U.S.C. § 78u-4(e)(1).

Here, the "mean trading price" through the market close on January 17, 2025 is $20.29.