# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>        Defendants. | Case No. 1:24-cv-8961-DEH |

**DECLARATION OF AMIR KONIGSBERG IN SUPPORT OF HIS**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Amir Konigsberg, hereby declare as follows:

1.    I respectfully submit this Declaration in further support of my motion for appointment as Lead Plaintiff and for approval of my selection of Lead Counsel on behalf of investors in Zeta Global Holdings Corp. ("Zeta" or the "Company") securities between February 27, 2024 to November 13, 2024, inclusive, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.    I understand the responsibilities and duties of serving as a Lead Plaintiff pursuant to the PSLRA, including the obligation to act as a fiduciary for the class.

3.    I am a resident of Tel Aviv, Israel.

4.    I attended The Hebrew University, where I obtained a bachelor's degree and a master's degree in 2002 and 2004 respectively.  I obtained a Doctorate in Philosophy from The

1

Federmann Center for the Study of Rationality in 2012.  I have also pursued doctoral studies in psychology at Princeton University.

5.    For the past twenty years, I have worked as a founder, executive, and strategic advisor in the technology sector with a focus on AI-driven businesses and products.  Over the course of my career, I have raised over $80 million in venture capital.  I am the author of eighteen U.S. patents across diverse industries and serve as an Adjunct Professor of Entrepreneurship and Psychology at Tel Aviv University.  I also have spent many years investing in capital markets.

6.    I believe that the above-captioned securities class action against Zeta is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the Class.  I suffered a substantial loss on my investment in Zeta securities.  For this reason, I decided to seek appointment as a Lead Plaintiff in this action.

7.    An important decision in the Lead Plaintiff role is the selection of Lead Counsel. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation – Kahn Swick & Foti, LLC ("KSF").

8.    Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe that KSF is well-qualified to represent the Class.  As part of my due diligence process, prior to my selection of KSF, I assessed the firm's qualifications and communicated with KSF's Managing Partner.

9.    If selected as Lead Plaintiff, I will direct KSF to prosecute this action in an efficient and cost-effective manner while obtaining the best possible result for the Class.  I will supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing substantive filings before they are filed with the Court, attending key hearings, and leading settlement discussions, if any, that will take place in this matter.

10. I understand that a Lead Plaintiff's share of recovery is the same as any other potential Class member. As my Certification states, I will not accept and have not accepted any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses directly related to the Class representation, as may be ordered or approved by the Court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: 1/20/2025

DocuSigned by:

7AB66973836C465...

Amir Konigsberg

3