**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-08961-DEH-SDA |
| Plaintiff, | CLASS ACTION |
| v. | |
| ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER, | |
| Defendants. | |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF ERIC STEPHANSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, Javier Bleichmar, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the Motion filed by Eric Stephanson for: (1) appointment as Lead Plaintiff; (2) approval of his selection of BFA to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

| | | |
|---|---|---|
| EXHIBIT A: | Declaration of Mr. Stephanson; | |
| EXHIBIT B: | Notice of pendency of *Davoodi v. Zeta Global Holdings Corp.*, No. 1:24-cv-08961-DEH-SDA (S.D.N.Y.) published on November 22, 2024; | |
| EXHIBIT C: | Certification of Mr. Stephanson; | |
| EXHIBIT D: | Chart reflecting financial interest of Mr. Stephanson prepared by BFA; and | |
| EXHIBIT E: | Firm Resume of BFA. | |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of January 2025.

 /s/ Javier Bleichmar
Javier Bleichmar

2