# EXHIBIT D

Financial Interest Analysis for Eric Stephanson
Class Period: February 27, 2024 - November 13, 2024

**FIFO/LIFO - Zeta Global Holdings Corp.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 2/27/2024 | 0.00 | | |
| Purchase | 11/11/2024 | 1,000.00 | $44.4500 | ($44,450.00) |
| Purchase | 11/11/2024 | 3,000.00 | $39.9500 | ($119,850.00) |
| Purchase | 11/12/2024 | 1,000.00 | $28.0000 | ($28,000.00) |
| Purchase | 11/13/2024 | 1,000.00 | $26.2200 | ($26,220.00) |
| *Total Class Period Purchases* | | 6,000.00 | | ($218,520.00) |
| Sale [1] | 11/13/2024 | -1,000.00 | $17.7600 | $17,760.00 |
| Sale [1] | 11/13/2024 | -1,000.00 | $17.7600 | $17,760.00 |
| Sale [1] | 11/13/2024 | -1,000.00 | $17.7600 | $17,760.00 |
| Sale [1] | 11/14/2024 | -1,000.00 | $18.7000 | $18,700.00 |
| Sale [1] | 11/14/2024 | -1,000.00 | $18.6200 | $18,620.00 |
| Sale [1] | 11/14/2024 | -1,000.00 | $18.6201 | $18,620.10 |
| *Total post-Class Period Sales Matching to Class Period Purchases* | | -6,000.00 | | $109,220.10 |

**FIFO/LIFO Gain/(Loss):**    ($109,299.90)

**FIFO/LIFO Based on Dura [2] - Zeta Global Holdings Corp.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 2/27/2024 | 0.00 | | |
| Purchase | 11/11/2024 | 1,000.00 | $44.4500 | ($44,450.00) |
| Purchase | 11/11/2024 | 3,000.00 | $39.9500 | ($119,850.00) |
| Purchase | 11/12/2024 | 1,000.00 | $28.0000 | ($28,000.00) |
| Purchase | 11/13/2024 | 1,000.00 | $26.2200 | ($26,220.00) |
| Sale [1] | 11/13/2024 | -1,000.00 | $17.7600 | $17,760.00 |
| Sale [1] | 11/13/2024 | -1,000.00 | $17.7600 | $17,760.00 |
| Sale [1] | 11/13/2024 | -1,000.00 | $17.7600 | $17,760.00 |
| Sale [1] | 11/14/2024 | -1,000.00 | $18.7000 | $18,700.00 |
| Sale [1] | 11/14/2024 | -1,000.00 | $18.6200 | $18,620.00 |
| Sale [1] | 11/14/2024 | -1,000.00 | $18.6201 | $18,620.10 |
| *Class Period Purchases Retained Through at Least One of the Disclosures and Matching Sales* | | 0.0000 | | ($109,299.90) |

**FIFO/LIFO Gain/(Loss) Based on Dura:**    ($109,299.90)

[1] *Sales occurring during the 90-day lookback period are valued at the maximum of the actual sale price and the average price on the date of sale.*
[2] *Dura loss is the summation of the cost of Class Period purchases held through at least one of the Disclosures, proceeds of sales matched to purchases held through at least one of the Disclosures, and the value of retained shares based on the 90-day look back average (if any). The pled disclosure during the Class Period occurred on November 13, 2024 (the "Disclosure").*