UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>Defendants. | Case No.  1:24-cv-08961-DEH |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION
OF BORIS KHVOSTICHENKO FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Boris Khvostichenko ("Khvostichenko"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Khvostichenko's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Khvostichenko's financial interest in this litigation; |
| Exhibit B: | Press release published via *Business Wire* on November 22, 2024, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed by Khvostichenko; |
| Exhibit D: | Declaration executed by Khvostichenko; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 21, 2025.

/s/ J. Alexander Hood II
J. Alexander Hood II

2