# EXHIBIT A

**Zeta Global Holdings Corp. (ZETA)**
**Class Period: February 27, 2024 to November 13, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 66-Days* Mean Price $20.2357 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | |
| Boris Khvostichenko | Common Stock | | 600 | | ($16,886) | | (600) | | $11,325 | 600 | 0 | $0 | ($5,560) |
| Boris Khvostichenko | Options | | 7 | | ($345) | | (7) | | $0 | 7 | 0 | $0 | ($345) |
| **Boris Khvostichenko** | **Common Stock & Options** | | | | **($17,231)** | | | | **$11,325** | | | **$0** | **($5,905)** |
| | | | | | | | | | | | | | |
| Boris Khvostichenko | Common Stock | 11/4/2024 | 100 | $27.3280 | ($2,733) | 11/13/2024 | (200) | $19.1400 | $3,828 | | | | |
| Boris Khvostichenko | Common Stock | 11/12/2024 | 100 | $31.0000 | ($3,100) | 11/13/2024 | (100) | $18.7418 | $1,874 | | | | |
| Boris Khvostichenko | Common Stock | 11/12/2024 | 100 | $29.1480 | ($2,915) | 11/13/2024 | (100) | $18.7420 | $1,874 | | | | |
| Boris Khvostichenko | Common Stock | 11/12/2024 | 100 | $28.0000 | ($2,800) | 11/13/2024 | (100) | $18.7450 | $1,875 | | | | |
| Boris Khvostichenko | Common Stock | 11/13/2024 | 100 | $26.6900 | ($2,669) | 11/13/2024 | (100) | $18.7450 | $1,875 | | | | |
| Boris Khvostichenko | Common Stock | 11/13/2024 | 100 | $26.6900 | ($2,669) | | | | | | | | |
| **Boris Khvostichenko** | **Common Stock** | | **600** | | **($16,886)** | | **(600)** | | **$11,325** | **600** | **0** | **$0** | **($5,560)** |
| | | | | | | | | | | | | | |
| Boris Khvostichenko | C 20241220 45 | 11/8/2024 | 1 | $1.5000 | ($150) | 12/20/2024 | (7) expired | | | | | | |
| Boris Khvostichenko | C 20241220 45 | 11/8/2024 | 1 | $1.5000 | ($150) | | | | | | | | |
| Boris Khvostichenko | C 20241220 45 | 11/13/2024 | 5 | $0.0900 | ($45) | | | | | | | | |
| **Boris Khvostichenko** | **C 20241220 45** | | **7** | | **($345)** | | **(7)** | | **$0** | **7** | **0** | **$0** | **($345)** |

*Avg Closing Prices from November 13, 2024 to January 17, 2025