**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ARMIN DAVOODI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>    Defendants. | Case No. 1:24-cv-08961<br><br>CLASS ACTION<br><br>**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL** |

I, Jeffrey C. Block, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner at the law firm of Block & Leviton LLP, counsel for the proposed lead plaintiff Dart Trust in the above-captioned action.  I submit this declaration in support of the Dart Trust's Motion for Appointment as Lead Plaintiff and Appointment of Lead Counsel.  I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published by Glancy Prongay & Murray LLP through Business Wire on November 22, 2024;

Exhibit B:      Certification of the Dart Trust;

Exhibit C:      The Dart Trust's loss estimate, prepared by counsel;

Exhibit D:      Declaration of Mirko Dardi on Behalf of the Dart Trust; and

Exhibit E:      Block & Leviton LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21[th] day of January 2025.

_____/s/ Jeffrey C. Block_____
Jeffrey C. Block

<u>CERTIFICATE OF SERVICE</u>

I, Jeffrey C. Block, hereby certify that on January 21, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Jeffrey C. Block*
Jeffrey C. Block
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com

*Counsel for Plaintiff*