# EXHIBIT B

**Certification Pursuant to Federal Securities Laws**

1. I, Mirko Dardi, on behalf of the Dart Trust, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995. I have been authorized to act on behalf of the Dart Trust through a Power of Attorney executed on December 19, 2024 (attached as "Exhibit A").

2. I have reviewed a Complaint against Zeta Global Holdings Corp. ("ZETA" or the "Company") and authorize the filing of a comparable complaint on the Dart Trust's behalf.

3. The Dart Trust did not transact in Zeta Global Holdings Corp. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. The Dart Trust is willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired Zeta Global Holdings Corp. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Exhibit B is a list of all of the Dart Trust's transactions in Zeta Global Holdings Corp. securities during the Class Period, as specified in the Complaint.

6. During the past three years, the Dart Trust has not sought to serve as a representative party on behalf of a class under federal securities laws.

7. The Dart Trust will not accept payment for serving as a representative party on behalf of a class beyond the Dart Trust's pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   01/19/2025

_Mirko Dardi_

Mirko Dardi, on behalf of the Dart Trust

# EXHIBIT A

## LIMITED POWER OF ATTORNEY

The undersigned, Fronzuance Tiseli as authorized individual, on behalf of Cook Islands Trust Limited, Trustee for the Dart Trust ("Dart Trust"), the beneficial owner of 35,000 shares of common stock of Zeta Global Holdings Corp (the "Company"), is authorized and empowered to, and does hereby make, constitute, and appoint Mirko Dardi as the Dart Trust's true and lawful agent to: (i) hire the law firm of Block & Leviton LLP, and the partners, associates, and employees, or other persons designated by it, acting singly or in combination, to represent the Dart Trust in securities fraud litigation against the Company, and (ii) litigate securities fraud claims against the Company, including by requesting appointment as lead plaintiff in securities fraud litigation against the Company, and if appointed, performing the duties of the lead plaintiff as ordered by the Court.

Executed this 19th day of December 2024.

Fronzuance Tiseli, as authorized signatory
for Cook Islands Trust Ltd, Trustee of Dart Trust

**Exhibit B**

Dart Trust's Transactions in Zeta Global Holdings Corp. (ZETA):

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 11/5/2024 | Buy | 10,000 | $28.74 |
| Common Stock | 11/6/2024 | Buy | 10,000 | $30.40 |
| Common Stock | 11/8/2024 | Buy | 10,000 | $35.20 |
| Common Stock | 11/13/2024 | Buy | 5,000 | $21.75 |