# EXHIBIT C

# Dart Trust Transactions
# Zeta Global Holdings

*Class Period: 2/27/24-11/13/24*
*Lookback Price: $20.29*

| Date | Transaction | Shares | Price Per Share | Total |
|---|---|---|---|---|
| 11/5/24 | Buy | 10000 | $ 28.74 | $ 287,400.00 |
| 11/6/24 | Buy | 10000 | $ 30.40 | $ 304,000.00 |
| 11/8/24 | Buy | 10000 | $ 35.20 | $ 352,000.00 |
| 11/13/24 | Buy | 5000 | $ 21.75 | $ 108,750.00 |
| | | | | |
| **Total** | | 35000 | $ 30.06 | $ 1,052,150.00 |
| **Lookback Price** | | 35000 | $ 20.29 | $ 710,150.00 |
| **Estimated Losses** | | | $ | **(342,000.00)** |