# EXHIBIT D

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ARMIN DAVOODI, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>     Defendants. | Case No. 1:24-cv-08961<br><br>CLASS ACTION<br><br>**DECLARATION OF MIRKO DARDI ON BEHALF OF THE DART TRUST** |

I, Mirko Dardi, on behalf of the Dart Trust, declare under penalty of perjury of the laws of the United States of America as follows:

1.      I respectfully submit this declaration in support of the motion of the Dart Trust for appointment as Lead Plaintiff and approval of the Dart Trust's selection of Block & Leviton LLP as Lead Counsel in this action. With regard to the information in this declaration, I have personal knowledge relating to the Dart Trust.

2.      I am the settlor and protector of the Dart Trust and am authorized to make this declaration on behalf of the Dart Trust. I have been retired since 2009 and have been managing family savings since that time. My wife is the beneficiary of the Dart Trust. The Dart Trust is registered under the Cook Islands International Trusts Act 1984.

3.      The Certification submitted with the Dart Trust's motion accurately reflects the Dart Trust's transactions in Zeta Global Holdings Corp. ("Zeta" or the "Company") securities from February 27, 2024 and November 13, 2024. As reflected in the Certification, the Dart Trust purchased a significant amount of Zeta common stock during the class period in this case and suffered substantial losses, which are the result of the alleged violations of the federal securities laws.

4.      After a thorough consultation, and after considering the merits of this action, I retained Block & Leviton LLP to act as the Dart Trust's attorney and to seek the status of lead plaintiff in this lawsuit. I conferred with Block & Leviton regarding the merits of the claims against Zeta, and I decided to seek appointment as lead plaintiff and selected Block & Leviton as counsel for the Dart Trust in light of its significant experience and success achieving substantial recoveries in securities class actions.

5.      I am prepared to fulfill the responsibilities and requirements of being a lead plaintiff in a securities fraud class action. I understand that the lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, ensuring that the resulting fees are fair and reasonable, and maximizing recovery for the class.  I believe that my experience, knowledge, and sophistication will enable the Dart Trust to vigorously represent the interests of the proposed Class.

6. I understand that the Dart Trust could have chosen to take no action and remain an absent class member. However, due to the Dart Trust's large financial losses and desire to actively oversee this litigation, I affirmatively decided that it would benefit the Dart Trust and the Class if the Dart Trust sought appointment as lead plaintiff.

7. I am committed to the zealous prosecution of this case and will remain actively involved in it, including through attendance at deposition and trial, if necessary. I understand that if appointed, the Dart Trust owes a fiduciary duty to all members of the Class to provide fair and adequate representation, and to work with lead counsel to obtain the largest possible recovery for the Class consistent with good faith and vigorous advocacy.

8. I understand that, as lead plaintiff in this action, the Dart Trust would be subject to the jurisdiction of the Court and will be bound by the rulings of the Court, including rulings regarding any judgments.

9. I understand that as lead plaintiff, the Dart Trust would be responsible for directing the activities of its counsel for the duration of the litigation, and that its counsel shall:

   a. Determine and present the position of Lead Plaintiff on all matters that may arise during the litigation;

   b. Coordinate the initiation of and conduct discovery on behalf of the Lead Plaintiff, including the preparation of interrogatories and requests for the production of documents and the examination of witnesses at depositions;

   c. Conduct settlement negotiations on behalf of the Lead Plaintiff;

   d. Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

   e. Retain expert consultants and witnesses;

   f. Prepare and distribute periodic status reports to the Lead Plaintiff;

   g. Maintain adequate time and disbursement records covering services as Lead Counsel; and

   h. Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Signed under penalties of perjury under the laws of the United States of America:

Dated:    01/20/2025

*mirko dardi*
Mirko Dardi, on behalf of the Dart Trust