UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>ZETA GLOBAL HOLDINGS CORP., et al,<br><br>                              Defendant(s). | 24-CV-8961 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to a conflict in the Court's calendar, the conference to consider the appointment of

lead plaintiff and lead counsel, previously scheduled for February 11, 2025, is hereby

ADJOURNED to **Thursday, February 13 at 2:30 p.m.**  The conference will be held via

Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone

Conference ID: 969 274 825, followed by the pound (#) sign.

SO ORDERED.

Dated: February 4, 2025
        New York, New York

_____
                    DALE E. HO
            United States District Judge