**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER, <br><br> Defendants. | No. 1:24-cv-08961-DEH <br><br> Judge Dale E. Ho <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |

**RESPONSE IN SUPPORT OF THE MOTION OF ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF <u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

i

Proposed Lead Plaintiff Allegheny County Employees' Retirement System ("Allegheny County") respectfully submits this Response in Support of its motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  ECF No. 19 (the "Motion").

On January 21, 2025, the statutory deadline, Allegheny County timely filed its Motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), seeking appointment as Lead Plaintiff and approval of its selection of Labaton Keller Sucharow LLP as Lead Counsel for the Class.  Seven other movants also filed motions seeking appointment as Lead Plaintiff in this matter.  *See* ECF Nos. 17, 24, 27, 30, 33, 35, and 38.

The PSLRA provides that, in selecting a Lead Plaintiff, courts "shall adopt a presumption" that the movant asserting the "largest financial interest in the relief sought by the class," that otherwise satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), is the "most adequate plaintiff" to represent the class.  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  Here, as set forth in the Motion and supporting documents, Allegheny County suffered substantial losses of approximately $40,016 on a last-in, first out ("LIFO") basis in connection with its transactions in Zeta securities during the Class Period. ECF No. 21 at 1.  Allegheny County also readily satisfies the typicality and adequacy requirements of Rule 23 because Allegheny County's claims are typical of the members of the class, and Allegheny County will fairly and adequately protect the interests of the class.  *Id.* at 5-7.  Further, Allegheny County—as a sophisticated institutional investor with experience successfully serving as court-appointed Lead Plaintiff under the PSLRA—is the prototypical investor Congress sought to encourage to lead securities class actions.  *See id.* at 8-9.

Given its substantial financial interest and ability to zealously represent the class, should the Court find that the competing movants claiming a larger financial interest fail to meet the PSLRA's criteria for appointment, Allegheny County respectfully requests that the Court grant the Motion, appoint Allegheny County as Lead Plaintiff, and approve Allegheny County's selection of counsel. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).

DATED:  February 4, 2025                              Respectfully submitted,


                                                     /s/ Francis P. McConville

                                                     **LABATON KELLER SUCHAROW LLP**
                                                     Francis P. McConville
                                                     Domenico Minerva
                                                     Connor C. Boehme
                                                     140 Broadway
                                                     New York, New York 10005
                                                     Telephone: (212) 907-0700
                                                     Facsimile: (212) 818-0477
                                                     fmcconville@labaton.com
                                                     dminerva@labaton.com
                                                     cboehme@labaton.com

                                                     *Counsel for Proposed Lead Plaintiff and
                                                     Proposed Lead Counsel for the Class*

2