**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER, <br><br> Defendants. | **Case No. 1:24-cv-8961-DEH** |

**DECLARATION OF KIM MILLER IN SUPPORT OF AMIR KONIGSBERG'S OPPOSITION TO ALL OTHER MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Kim Miller, hereby declare as follows:

1.      I am an attorney at Kahn Swick & Foti, LLC and Proposed Lead Counsel for this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New York and am admitted before this Court. I make this Declaration in support of Amir Konigsberg's Opposition to Competing Motions for Appointment as Lead Plaintiff.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Cook Islands International Trusts Act.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the slip opinion entered in *In re The Reserve Fund Sec. and Derivative Litig.*, No. 09 MD 2011 (S.D.N.Y. August 5, 2009).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: February 4, 2025

                                                     */s/ Kim Miller*
                                                       Kim Miller

1