**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER, <br><br> Defendants. | Case No. 1:24-cv-08961-DEH-SDA <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL** *__PRO HAC VICE__* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jacob A. Walker, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Dart Trust, in the above-captioned matter.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and a certificate of good standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

*[Signature page to follow]*

Dated: February 10, 2025
          Boston, Massachusetts

Respectfully submitted,

**BLOCK & LEVITON LLP**

*/s/ Jacob A. Walker*
Jacob A. Walker
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
Email: jake@blockleviton.com

*Counsel for Plaintiff Dart Trust*

2