UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., et al,<br><br>                          Defendant(s). | 24-CV-8961 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to a conflict in the Court's calendar, the conference to consider the appointment of lead plaintiff and lead counsel, previously scheduled for February 13, 2025, is hereby ADJOURNED to **Tuesday, February 18 at 10:00 a.m.** The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 969 274 825, followed by the pound (#) sign.

SO ORDERED.

Dated: February 11, 2025
        New York, New York

                                                        DALE E. HO
                                          United States District Judge