**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER, <br><br> Defendants. | **Case No. 1:24-cv-8961-DEH** |

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Ramzi Abadou, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Movant Amir Konigsberg in the above-captioned matter.

I am a member in good standing of the Bar of the State of California and a Certificate of Good Standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

1

DATED: February 11, 2025

Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

*s/ Ramzi Abadou*
Ramzi Abadou
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Movant Amir Konigsberg*

2

## <u>CERTIFICATE OF SERVICE</u>

On February 11, 2025 the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*s/ Ramzi Abadou*
Ramzi Abadou
