**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>Defendants. | Case No. 1:24-cv-08961-DEH-SDA<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Jacob A. Walker for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Massachusetts and that her contact information is as follows:

Applicant's Name: Jacob A. Walker

Firm Name: Block & Leviton LLP

Address: 260 Franklin Street, Suite 1860

City/State/Zip: Boston, MA 02110

Telephone: (617) 398-5600

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Dart Trust, in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____February 12_____, 2025

_____
United States District Judge Dale E. Ho

2