**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>       vs.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>               Defendants. | **Case No. 1:24-cv-8961-DEH** |

**~~[PROPOSED]~~ ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE***

The motion of Ramzi Abadou for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Ramzi Abadou |
| Firm Name: | Kahn Swick & Foti, LLP |
| Address: | 580 California Street, Suite 1200 |
| City/State/Zip: | San Francisco, CA 94104 |
| Telephone: | (415) 459-6900 |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Proposed Lead Plaintiff Amir Konigsberg in the above-captioned matter

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.


Dated:_____February 14, 2025_____                    _____

                                                             HONORABLE DALE E. HO
                                                             UNITED STATES DISTRICT JUDGE

2