**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       vs.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>              Defendants. | **Case No. 1:24-cv-8961-DEH** |

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Alexandra Pratt, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Co-Lead Plaintiff Amir Konigsberg in the above-captioned matter.

I am a member in good standing of the Bar of the State of Virginia and a Certificate of Good Standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

1

DATED: February 27, 2025

                                                 Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

Alexandra Pratt
(*pro hac vice to be submitted*)
**KAHN SWICK & FOTI, LLC**
1100 Poydras Street, Suite 960
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
alexandra.pratt@ksfcounsel.com

*Counsel for Co-Lead Plaintiff,*
*Amir Konigsberg*

2

## <u>CERTIFICATE OF SERVICE</u>

On February 27, 2025 the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Alexandra Pratt