**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>    vs.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>           Defendants. | **Case No. 1:24-cv-8961-DEH** |

**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE***

The motion of Alexandra Pratt for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of Virginia and that her contact information is as follows:

| | |
|---|---|
| Applicant Name: | Alexandra Pratt |
| Firm Name: | Kahn Swick & Foti, LLC |
| Address: | 1100 Poydras Street, Suite 960 |
| City/State/Zip: | New Orleans, LA 70163 |
| Telephone: | (504) 455-1400 |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Co-Lead Plaintiff Amir Konigsberg in the above-captioned matter.

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.

1

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _February 27, 2025_____
       New York, New York

_____
HONORABLE DALE E. HO
UNITED STATES DISTRICT JUDGE

2