**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-08961-DEH-SDA |
| Plaintiff, | CLASS ACTION |
| v. | **MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4** |
| ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER, | |
| Defendants. | |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, Movant Eric Stephanson hereby respectfully moves this Court for an Order permitting the withdrawal of appearance of Javier Bleichmar and Ross Shikowitz in the above-captioned action. On February 26, 2025, the Court appointed Amir Konigsberg and the Allegheny County Employees' Retirement System as Co-Lead Plaintiffs and approved their selection of counsel as Co-Lead Counsel. ECF No. 71. Mr. Stephanson has no further role in this case, other than as a putative class member, and does not object to the withdrawal of Mr. Bleichmar or Mr. Shikowitz. Neither Mr. Bleichmar nor Mr. Shikowitz are asserting a retaining or charging lien. Accordingly, Mr. Bleichmar and Mr. Shikowitz request that their withdrawal as counsel be granted and that they be removed from this action's electronic case filing (ECF) service list.

Dated: March 3, 2025

Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Javier Bleichmar*
Javier Bleichmar
300 Park Avenue, Suite 1301
New York, New York 10022

Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

-and-

Ross Shikowitz
75 Virginia Road
White Plains, New York 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960
rshikowitz@bfalaw.com

-and-

Adam C. McCall
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
amccall@bfalaw.com