**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>Defendants. | Case No. 1:24-cv-08961-DEH-SDA<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Javier Bleichmar and Ross Shikowitz of Bleichmar Fonti & Auld LLP are hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

**IT IS SO ORDERED.**

Dated: _____ March 4 _____, 2025

_____
HON. DALE E. HO
UNITED STATES DISTRICT JUDGE