**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>    Defendants. | Case No. 1:24-cv-08961-DEH-SDA<br><br>CLASS ACTION<br><br>**MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, Movant Mirko Dardi hereby respectfully moves this Court for an Order permitting the withdrawal of appearance of Jeffrey Block, Jacob Walker, and Sarah Delaney in the above-captioned action. On February 26, 2025, the Court appointed Amir Konigsberg and the Allegheny County Employees' Retirement System as Co-Lead Plaintiffs and approved their selection of counsel as Co-Lead Counsel. ECF No. 71. Mr. Dardi no longer has a role in this case beyond being a putative class member and does not object to the withdrawal of Mr. Block, Mr. Walker, or Ms. Delaney, none of whom are asserting a retaining or charging lien. Therefore, Mr. Block, Mr. Walker, and Ms. Delaney respectfully request that their withdrawal as counsel be granted and that they be removed from this action's electronic case filing (ECF) service list.

DATED: March 5, 2025                    Respectfully submitted,

                                        */s/ Jeffrey C. Block*
                                        Jeffrey C. Block
                                        Jacob A. Walker

Sarah Delaney
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
sarah@blockleviton.com

*Counsel for Plaintiff*

1