**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARMIN DAVOODI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., DAVID A. STEINBERG, and CHRISTOPHER GREINER,<br><br>    Defendants. | Case No. 1:24-cv-08961-DEH-SDA<br><br>CLASS ACTION<br><br>[PROPOSED] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Jeffrey Block, Jacob Walker, and Sarah Delaney of Block and Leviton LLP are hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

**IT IS SO ORDERED.**

Dated: _____ March 6 _____, 2025

_____

HON. DALE E. HO

UNITED STATES DISTRICT JUDGE