# EXHIBIT A

## CERTIFICATION

I, Erica Rocchi Brusselars, as Board President and Treasurer of Allegheny County Employees' Retirement System ("ACERS"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of ACERS.  I have reviewed an amended complaint prepared against Zeta Global Holdings Corp. ("Zeta") alleging violations of the federal securities laws, and authorize the filing of this amended complaint;

2.      ACERS did not purchase securities of Zeta at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      ACERS is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  ACERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act;

4.      ACERS' transactions in Zeta securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      ACERS sought to serve as a lead plaintiff or representative party in the following class actions under the federal securities laws filed during the last three years:

*Winter v. Stronghold Digital Mining, Inc.*, No. 1:22-cv-3088 (S.D.N.Y.)
*Allegheny County Employees' Retirement System v. Palantir Technologies Inc.*, No. 1:22-cv-2805 (D. Colo.)
*In re AdaptHealth Corp. Securities Litigation*, No. 2:23-cv-4104 (E.D. Pa.)
*Salem v. Methode Electronics, Inc.*, No. 1:24-cv-7696 (N.D. Ill.)
*In re Zeta Global Holdings Corporation Securities Litigation*, No. 1:24-cv-8961 (S.D.N.Y.)

6.      Beyond its pro rata share of any recovery, ACERS will not accept payment for serving as a lead plaintiff or representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ⎯12⎯ day of May, 2025.

*Erica Rocchi Brusselars*
Board President and Treasurer
Allegheny County Employees' Retirement System

2

## EXHIBIT A

## TRANSACTIONS ZETA GLOBAL HOLDINGS CORP.

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 11/06/2024 | 1,996 | $30.7600 | ($61,396.96) |
| Purchases | 11/12/2024 | 814 | $29.3600 | ($23,899.04) |
| Purchases | 11/13/2024 | 923 | $26.2100 | ($24,191.83) |
| Purchases | 11/13/2024 | 917 | $26.9982 | ($24,757.35) |
| Purchases | 11/14/2024 | 1,224 | $17.6000 | ($21,542.40) |
| Sales | 11/20/2024 | (1,996) | $24.1821 | $48,267.47 |
| Sales | 11/20/2024 | (1,309) | $24.7747 | $32,430.08 |
| Sales | 11/20/2024 | (624) | $23.0286 | $14,369.85 |
| Purchases | 11/27/2024 | 1,028 | $19.8700 | ($20,426.36) |
| Sales | 12/02/2024 | (963) | $24.3900 | $23,487.57 |
| Sales | 12/06/2024 | (1,119) | $26.7250 | $29,905.28 |