# EXHIBIT B

## CERTIFICATION PURSUANT TO SECURITIES LAWS

Amir Konigsberg, ("Lead Plaintiff") certifies, as to the claims asserted under the federal securities law, that:

1.      Lead Plaintiff has reviewed a draft of the Consolidated Amended Complaint alleging violations of the securities laws.

2.      Lead Plaintiff did not purchase securities of **Zeta Global Holdings Corp.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.      Lead Plaintiff is willing to serve as a representative party on behalf of a Class, including providing testimony at deposition and trial, if necessary.

4.      During the period of February 27, 2024 through and including March 10, 2025 (the "Class Period"), Lead Plaintiff executed transactions in the securities of **Zeta Global Holdings Corp**. The transactions in the attached Schedule set forth all the transactions of Lead Plaintiff in **Zeta Global Holdings Corp.** securities during the Class Period.

5.      In the last three years, other than this Action, Lead Plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

6.      Lead Plaintiff will endeavor to provide fair and adequate representation for the Class to ensure the largest recovery consistent with good faith and meritorious judgment.

7.      Lead Plaintiff will not accept payment for serving as such beyond his *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    5/11/2025
_____

DocuSigned by:

_____
7AB66973836C465...

Amir Konigsberg

**ZETA SECURITIES LITIGATION**

**SCHEDULE A, Class Period Transactions of Amir Konigsburg in Zeta Global Holding Corp. (NYSE: ZETA) Securities**

**CLASS PERIOD BEGINS**        2/27/2024

**CLASS PERIOD ENDS**        3/10/2025

| SCHEDULE A | | | |
|---|---|---|---|
| **DATE** | **TRANSACTION** | **QUANTITY** | **PRICE** |
| 8/15/2024 | PURCHASE | 900 | $ 24.45 |
| 9/24/2024 | PURCHASE | 700 | $ 29.43 |
| 10/10/2024 | PURCHASE | 465 | $ 31.91 |
| 10/10/2024 | PURCHASE | 1,600 | $ 31.80 |
| 10/11/2024 | PURCHASE | 1,500 | $ 30.00 |
| 10/11/2024 | PURCHASE | 1,800 | $ 29.84 |
| 10/14/2024 | PURCHASE | 5,000 | $ 30.72 |
| 10/14/2024 | PURCHASE | 3,000 | $ 30.68 |
| 10/15/2024 | SALE | (14,965) | $ 31.97 |
| 10/16/2024 | PURCHASE | 6,500 | $ 31.30 |
| 10/16/2024 | PURCHASE | 3,100 | $ 31.01 |
| 11/14/2024 | PURCHASE | 5,760 | $ 16.97 |
| 12/30/2024 | PURCHASE | 1,400 | $ 17.70 |