**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ZETA GLOBAL HOLDINGS CORPORATION SECURITIES LITIGATION | Case No. 1:24-cv-08961-DEH-SDA <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the annexed Declaration of Megan A. Behrman, dated July 11, 2025, and exhibits attached thereto, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendants Zeta Global Holdings Corp. ("Zeta"), David A. Steinberg, Christopher Greiner, Neej Gore, and Benjamin Hayes before the Honorable Dale E. Ho, in Courtroom 905 of the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007, for an order dismissing the Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and for such other relief as the Court deems just and proper.

Dated: July 11, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ *Colleen C. Smith*
Colleen C. Smith (*pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Email: colleen.smith@lw.com

Megan A. Behrman
Thomas J. Giblin
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: megan.behrman@lw.com
       thomas.giblin@lw.com

*Attorneys for Defendants*