**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE ZETA GLOBAL HOLDINGS CORPORATION SECURITIES LITIGATION | Case No. 1:24-cv-08961-DEH-SDA |

### DECLARATION OF MEGAN A. BEHRMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, Megan A. Behrman, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendants Zeta Global Holdings Corp. ("Zeta"), David A. Steinberg, Christopher Greiner, Neej Gore, and Benjamin Hayes (together, "Defendants").  I am admitted to practice in the State of New York and the Southern District of New York.  I submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

2.      Attached as **Exhibit 1** is a true and correct copy of the Amended Complaint ("Complaint"), filed in the above-captioned matter at ECF No. 92.

3.      Attached as **Exhibit 2** is an Appendix of Challenged Statements that are contained in the Complaint.

4.      Attached as **Exhibit 3** is a true and correct copy of the slides presented in connection with Zeta's Data Summit, held on December 9, 2024, which are publicly available at investors.zetaglobal.com.

5.      Attached as **Exhibit 4** is a true and correct copy of the presentation slides titled "Setting the Record Straight" presented in connection with Zeta's analyst meeting with William Blair, held on November 20, 2024, which are publicly available at investors.zetaglobal.com.

6.      Attached as **Exhibit 5** are true and correct excerpts from Zeta's Form 10-K for the year 2023, filed on February 28, 2024, with the U.S. Securities and Exchange Commission ("SEC") and publicly available through the SEC's EDGAR database.

7.      Attached as **Exhibit 6** is a true and correct copy of the report titled "Zeta Global Holdings Corp (ZETA): Shams, Scams, and Spam," released by Culper Research on November 13, 2024, which is publicly available at www.culperresearch.com.

8.      Attached as **Exhibit 7** is a true and correct copy of a press release titled "Zeta Global Responds to Short-Seller Report," published by Zeta on November 13, 2024, which is publicly available at investors.zetaglobal.com.

9.      Attached as **Exhibit 8** are true and correct excerpts from Zeta's Form 10-K for the year 2024, filed on February 26, 2025, with the SEC and publicly available through the SEC's EDGAR database.

10.     Attached as **Exhibit 9** is a true and correct copy of the press release titled "Zeta Global Statement on Data Terminology Updates," published by Zeta on March 10, 2025, which is publicly available at investors.zetaglobal.com.

11.     Attached as **Exhibit 10** are true and correct excerpts from Zeta's Form 10-K for the year 2021, filed on February 25, 2022 with the SEC and publicly available through the SEC's EDGAR database.

12.     Attached as **Exhibit 11** is a true and correct copy of the X post published by The Capitol Forum (@Capitol_Forum) on X.com on March 10, 2025.

13.     Attached as **Exhibit 12** are true and correct copies of Forms 4 filed with the SEC by David Steinberg on May 24, 2024, August 9, 2024, and December 13, 2024, which are publicly available through the SEC's EDGAR database.

2

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of July 2025.

_____
Megan A. Behrman