# EXHIBIT 6



## Disclaimer

By downloading from or viewing material on this website you agree to the following Terms of Service. Use of Culper Research's ("Culper") research is at your own risk. In no event should Culper or any affiliated party be liable for any direct or indirect trading losses caused by any information on this site. You further agree to do your own research and due diligence, consult your own financial, legal, and tax advisors before making any investment decision with respect to transacting in any securities covered herein. You should assume that Culper (possibly along with or through our members, partners, affiliates, employees, and/or consultants) along with our clients and/or investors has a position in any securities covered herein. Following publication of any research, we intend to continue transacting in the securities covered herein, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation, conclusions, or opinions. Research is not investment advice nor a recommendation or solicitation to buy securities. To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the securities covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. However, such information is presented "as is," without warranty of any kind – whether express or implied. Culper makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. Research may contain forward-looking statements, estimates, projections, and opinions with respect to among other things, certain accounting, legal, and regulatory issues the issuer faces and the potential impact of those issues on its future business, financial condition and results of operations, as well as more generally, the issuer's anticipated operating performance, access to capital markets, market conditions, assets and liabilities. Such statements, estimates, projections and opinions may prove to be substantially inaccurate and are inherently subject to significant risks and uncertainties beyond Culper's control. All expressions of opinion are subject to change without notice, and Culper does not undertake to update or supplement this report or any of the information contained herein. You agree that the information on this website is copyrighted, and you therefore agree not to distribute this information (whether the downloaded file, copies / images / reproductions, or the link to these files) in any manner other than by providing the following link — http://www.culperresearch.com The failure of Culper to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of this right or provision. If any provision of these Terms of Service is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Service remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of this website or the material herein must be filed within one (1) year after such claim or cause of action arose or be forever barred.

Culper Research                Zeta Global Holdings Corp. (NYSE:ZETA)                November 13, 2024

## Zeta Global Holdings Corp (ZETA): Shams, Scams, and Spam

We are short Zeta Global Holdings Corp ("ZETA", "the Company") for two distinct, but related reasons, each of which we believe undermine the integrity of the Company's data collection and reported financials. First, we believe Zeta has formed "two-way" contracts with third party consent farms wherein the Company simultaneously acts as both a supplier and a buyer of consumer data, not only allowing the Company to flatter reported revenue growth, but raising round tripping concerns. Second, we believe that Zeta has quietly spun up its own network of consent farms i.e., sham websites that hoodwink millions of consumers each month into handing their data over to Zeta under false pretenses, baited by job applications, stimulus money, or other rewards that simply do not exist. We believe that these consent farms have driven almost the entirety of Zeta's growth over the past 2+ years and now represent 56% of reported Adj. EBITDA. We think the Company faces potentially devastating regulatory action, as these practices look to us nearly identical to the ones that landed both Fluent (FLNT) and MediaAlpha (MAX) in the FTC's crosshairs.

In September 2024, the former CEO of Kubient (KBNT) pled guilty to DOJ fraud charges alleging that Kubient engaged in fictitious "round tripping" transactions with an unnamed beneficiary, "Company-1." Based on our review of Zeta's own disclosures and conversations with familiar sources, we find it highly probable that Zeta was the unnamed counterparty to that fraudulent contract. Zeta provides only sparse disclosures of its connection to Kubient, disclosing that it received SEC subpoenas but distancing itself by claiming that the relationship ended in 2020. However, Zeta tells on itself, as the fraudulent contract was struck in October 2019 (i.e., prior to 2020), while the entire premise of the fraud relies on the notion that the business dealings were faked in the first place.

We think Zeta's round tripping issues run much deeper than just Kubient, however. Our report presents substantial evidence to suggest that Zeta holds additional "two-way" contracts with its advertising partners, many of which are *other* consent farms. For example, Zeta-run websites disclose that the Company sells customer data to Digital Media Solutions ("DMS"), which went bankrupt in September 2024. We uncovered an October 2024 bankruptcy filing in which DMS names "Zeta: Apptness" as a "major customer", suggesting that the two groups are selling data back and forth, i.e., *de facto* round-tripping. Zeta has not disclosed the extent of these "two-way" contracts – after all, the Company has kept quiet about its massive consent farm operation in the first place – but we counted at least 20 consent farming websites that Zeta lists among its partners.

We find these deals particularly interesting in light of charges filed against an executive from Zeta CEO David Steinberg's prior company, InPhonic, Inc. InPhonic not only went bankrupt and received FTC charges for a customer rebate scheme, but in 2012, the SEC charged a former InPhonic executive for *"a fraudulent scheme involving a series of 'round trip transactions to artificially inflate InPhonic's financial results"* from 2005 to 2007; i.e., during Steinberg's time as CEO, leading up to the Company's bankruptcy. Curiously, the SEC complaint also alleges that the fraud was hidden from auditors.

In the Company's 2023 Form 10-K, Zeta disclosed for the first time that its auditor E&Y identified revenue recognition related to *"contracts with third parties in which the Company is acting as both a vendor and a customer"* as a critical audit matter. Zeta is the only public company that we found that has disclosed a critical audit matter including this language within the past 5 years. Tellingly, E&Y addressed the matter by selecting only *"a sample of contracts"* for testing, suggesting to us that these contracts are large in number and/or scope.

Second, we believe Zeta now quietly generates its most valuable data – responsible for almost the entirety of the Company's growth in the past 2+ years and driving 56% of LTM EBITDA – from a network of predatory consent farms, underpinned by the Company's acquisitions of Apptness Media Group, LLC ("Apptness") and Arcamax Publishing, Inc. ("Arcamax"). Zeta has provided investors with what appear to be intentionally vague descriptions of these two businesses, calling Apptness *"a digital survey solution"* and Arcamax an *"email-distribution network."* However, our research exposes their deceptive data collection methods.

Culper Research                 Zeta Global Holdings Corp. (NYSE:ZETA)                 November 13, 2024

We uncovered at least 40 websites run by Apptness and Arcamax – with names such as higherincomejobs.com, onlygreatjobs.com, stimmoney.com, and unclaimedmoneyinfo.com – that bait visitors into disclosing data to Zeta under the promise of job applications, stimulus checks, or other rewards that don't actually exist. These are massive operations: SimilarWeb data reveals that these sites have received an astounding 158.7 million visits from 85.9 million unique visitors in the past year alone. Our conversations with former employees, a September 2023 class action lawsuit, our own experiences alongside numerous online complaints corroborate our views regarding the deceptive way that Zeta gathers "opted-in" data.

Similarly, Zeta acquired Arcamax, which operates under the guise of a news aggregator, but we believe has become another critical piece of Zeta's consent farm operation. For its part, Arcamax prompts users to subscribe to its newsletters, then sends users dupe confirmation emails prompting users to enter their personal information to *"access members only offers"* which in the end simply redirect users to additional consent farms. SimilarWeb data reveals that 74% of Arcamax's outbound traffic redirects to two Zeta-owned consent farms, each of which Zeta set up just weeks after acquiring Arcamax, suggesting that these bait and switch tactics were part and parcel to Zeta's plan for Arcamax all along.

We expect Zeta to face intense FTC scrutiny, especially as the agency recently charged Fluent (FLNT) and is now seeking injunctive and monetary relief against MediaAlpha (MAX) for running what appears to us like almost identical schemes. One former Fluent employee told us that *"the 2023 FTC charges precipitated a dramatic movement of clients from Fluent over to Zeta"* and *"there's no doubt"* that the same problematic practices are now occurring at Zeta. Tellingly, Apptness's former Chief Revenue Officer, now an SVP at Zeta, was formerly employed in increasing roles at Fluent from 2011 to 2020 – the exact timeframe that the FTC alleged fraudulent conduct at Fluent. He left Fluent for Apptness less than a year after the FTC begun its investigation.

We also find the conduct of Zeta's marketing partners highly problematic in light of these FTC charges, which not only called out Fluent for its own conduct, but also for *"failing to prevent their publishers from engaging in this illicit conduct"* including *"ads that are facially deceptive"* and *"other abusive tactics, such as text message spamming and browser hijacking."* For its part, Zeta sells its consent farm data to groups such as Flatiron Media, which operates websites like "Everyday Winner" that bait consumers with cash prizes. Flatiron has been engaged in a 2-year legal battle defending alleged TCPA violations, while its Managing Director was previously the CEO of Arcamax, which Zeta acquired in March 2022, adding yet another layer to our mounting list of concerns.

We believe these consent farms have become critical to Zeta's business. One former employee told us that on a combined basis, Apptness and Arcamax were internally expected to generate $300 million in revenues after 2 years under Zeta's control. Meanwhile, Zeta management themselves bragged that the acquisitions were margin accretive and have since driven *"new organic revenue at favorable margins."*

We think Fluent's history provides a helpful guide to Zeta's future. Shares have unraveled 65% since the FTC first announced an inquiry in March 2023, while the company now sports a mere $50 million market cap, or 0.2x revenues. Zeta trades at an eye-watering 7.2x revenues or 51x its $167 million in LTM Adj. EBITDA, while the entirety of Zeta's "earnings" are soaked up after accounting for the Company's egregious $215 million in LTM stock based compensation. We are short Zeta and believe the stock unravels in short order.

## Introduction to Zeta Global: Core Asset is Fresh, "Opted-in" Consumer Data

Zeta Global calls itself *"a leading omnichannel data-driven cloud platform that provides enterprises with consumer intelligence and marketing automation software."* In layman's terms, Zeta is in the business of collecting what it refers to as "opted-in" consumer data, then using technology to analyze that data, then selling that data to other businesses who use it to better reach and engage with their customers.

As such, Zeta's core value proposition lies in ability to collect valuable consumer data. Zeta's IPO materials refer to its "proprietary identity data" as a key competitive advantage, while the Company's most recent annual report reiterates that consumer data is "the first pillar" of its platform. However, all consumer data is not the same; its value depends on many factors, including both origin and recency. In the words of Zeta's SVP of IR, Scott Schmitz:

> *"If you haven't interacted with any brand or anything in 6 years, we don't really want to use you as someone to advertise to... So to the extent that we can enhance the signal strength of that, which you've seen with ArcaMax and Apptness as well as alternative sources of identity data. So everything that just enhances the graph, we'll continue to pursue."*[1]

Thus while Zeta touts the size of its data cloud, the Company must continue gathering new data to remain relevant. As reiterated by one former employee we spoke with, data ideally ought to have *"some element of freshness to it. They [Zeta] have to be cognizant of keeping up."* Or in the view of one industry expert we spoke with who has known and worked with Zeta for over a decade:

> *"A lot of what they [Zeta] say are competitive differentiators are really all the same... It's kind of the 80/20 rule: 20% of the data drives 80% of the value. So the question is what is that 20? The recency of the data is most important."*

To that end, Zeta claims in its annual report to collect data "directly from consumers via interactions with the Company's platform or with partners' services." Zeta consistently cites its blog comment hosting service, DISQUS, as one primary data source. However, we believe that over the past 3 years, the bulk of Zeta's most valuable data, and consequently its earnings, have been secretly generated from a shadowy network of "consent farms" – websites designed to gather consumer data under false pretenses.

## Zeta Acquires Apptness and Enters the Consent Farming Business

Zeta's entry into consent farming can be traced back to the Company's October 2021 acquisition of Boca Raton-headquartered Apptness Media Group, LLC ("Apptness"). Zeta's deal announcement originally called Apptness "a digital survey platform", while weeks later on the Company's Q3 2021 earnings call, CEO Steinberg made nebulous claims that Apptness is "focused in the jobs market..." Apptness's own website – despite being laden with buzzwords – remains similarly, and perhaps intentionally vague regarding what the business actually does.

However, using a reverse website lookup service, we found that Apptness Media owns at least 3 websites, each of which appear to be job board websites, including higherincomejobs.com and higherincomejobs.net. In December 2023, Apptness filed a Florida fictitious name registration for "Higher Income Jobs", corroborating its ownership:

---

[1] Company conference call dated June 7, 2022



At first glance, higherincomejobs.com appears to be a run-of-the-mill job board. However, the vast majority of website visitors do not land directly on the higherincomejobs.com home page, as one might expect from someone using the website like they do LinkedIn. Instead, SimilarWeb data shows that 98% of inbound website visitors land on subdomains such as "amazon03.higherincomejobs.com", "fedex05.higherincomejobs.com" or "goodwill01.higherincomejobs.com" as illustrated below:



Once visitors land on one of these pages, they are baited into submitting their personal information, as the sites blatantly rip off logos from would-be employers such as FedEx, depsite having no affiliation with the employer. We visited numerous higherincomejobs.com listings, and rather than being met with genuine job applications, every single link we followed led us instead to "dummy" pages designed to reap our personal information.

Culper Research                Zeta Global Holdings Corp. (NYSE:ZETA)                November 13, 2024



Comments from multiple online forums, user complaints, and a September 2023 class action lawsuit suggest that millions of users have been duped into submitting their personal information to higherincomejobs.com. See, for example, one father who shared the story of his son's experience, explicitly calling the Zeta-run consent farm "a well-designed scam."

6



In September 2023, one consumer, Cindy Luchinske, filed a class action lawsuit against Apptness, alleging that after being deceived by one of Apptness's job boards, Apptness bombarded her cell phone with *"at least 19 text messages"* that in turn contained links to *"URLs which directed Luchinske to domains..."* controlled by Apptness,

including higherincomejob.com, despite Luchinske being listed on the do not call registry. Zeta settled the suit in March 2024, the terms of which remain undisclosed.[2]



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Cindy Luchinske,                                      Case No.: 2:23-cv-267

    Plaintiff,                                CLASS ACTION COMPLAINT
                                                    JURY DEMAND
    v.

Apptness Media Group, LLC

    Defendant.

**CLASS ACTION COMPLAINT**

1.    Americans receive billions of spam text messages every year.

2.    Defendant Apptness Media Group, LLC ("Apptness" or "Defendant") is a media company that facilitates calling and sending texts to consumers nationwide for the purpose of selling a variety of products and services and is a major participant in this spam.

Importantly, **Higher Income Jobs is just one node within a massive network of web properties Zeta has spun up in service of its consent farming scheme.** See that Higher Income Jobs lists within its terms and conditions an address in Boca Raton, Florida, as shown below.

Higher Income Jobs (DBA Registration Number G16000103992)
new openings right in your city, town or neighborhood. For more i

HigherIncomeJobs.com
160 W. Camino Real Unit #682
Boca Raton, FL 33432
support@higherincomejobs.com

**We cross-referenced common addresses, phone numbers, and corporate records to find at least 40 websites that appear to be run by Apptness – many of which have been registered in the past 3 years, as detailed in the table below.**[3] For example, even though whois records do not name Apptness as the owner of "unclaimedmoneyinfo.com", Mississippi corporate records revealed that in January 2024, Apptness Media Group LLC incorporated a branch located at a UPS store mailbox in Mississippi. Just one month later, this Apptness

---

[2] U.S. District Court, Eastern District of Washington (Spokane) Civil Case #: 2:23-cv-00267-TOR
[3] See Appendix for full list of supporting documentation.

branch registered a fictitious name under "Unclaimed Money Info", as shown below. unclaimedmoneyinfo.com once again dangles the prospect of "unclaimed money" to its visitors, only to collect users' data, much like we saw of the sham job listings offered by higherincomejobs.com.



**SimilarWeb data further estimates that in total, over the last twelve months (ended October 2024) these websites collectively received an astounding 158.7 million from 85.9 million unique visitors.**

Culper Research          Zeta Global Holdings Corp. (NYSE:ZETA)          November 13, 2024

| # | Website | Date Registered | Last Updated | LTM Visits (Ms) | LTM Unique Visitors (Ms) |
|---|---|---|---|---|---|
| 1 | higherincomejobs.com | Sep-16 | Sep-24 | 62.2 | 36.2 |
| 2 | onlygreatjobs.com | Dec-17 | Nov-23 | 43.0 | 20.1 |
| 3 | stimmoney.com | Mar-20 | Feb-24 | 14.7 | 7.4 |
| 4 | freshcareerfinder.com | Aug-16 | Jul-24 | 12.7 | 6.1 |
| 5 | unclaimedmoneyinfo.com | Jul-20 | Jun-24 | 9.8 | 5.6 |
| 6 | apptrck.com | Mar-20 | Feb-24 | 8.7 | 5.7 |
| 7 | eligibilitylookup.com | Sep-20 | Aug-24 | 2.0 | 1.3 |
| 8 | arcamaxjobs.com | Apr-22 | Apr-23 | 1.6 | 1.2 |
| 11 | jobzoodle.com | Nov-21 | Oct-24 | 1.2 | 0.8 |
| 9 | topjobofferstoday.com | May-23 | Apr-24 | 0.9 | 0.4 |
| 10 | signupconfirmed.com | Jun-22 | May-24 | 0.8 | 0.6 |
| 14 | bingearcamax.com | Sep-22 | Jul-24 | 0.5 | 0.3 |
| 13 | localcareerz.com | Dec-20 | Nov-23 | 0.3 | 0.2 |
| 12 | mybestjobmatch.com | May-23 | Apr-24 | 0.3 | 0.2 |
| 15 | americanjobfinder.com | Dec-20 | Nov-23 | n/a | n/a |
| 16 | yourmorningtea.com | Feb-21 | Dec-23 | n/a | n/a |
| 17 | americanresourcehub.com | Feb-21 | Jan-24 | n/a | n/a |
| 18 | welcomeconfirmation.com | Jun-22 | May-24 | n/a | n/a |
| 19 | **betterincomesearch.com** | Sep-22 | Aug-24 | n/a | n/a |
| 20 | **hijnow.com** | Feb-23 | Jan-24 | n/a | n/a |
| 21 | **getmorehigherincomejobs.com** | Feb-23 | Jan-24 | n/a | n/a |
| 22 | **higherincomeplans.com** | Mar-23 | Feb-24 | n/a | n/a |
| 23 | **higherincomejobsworld.com** | Mar-23 | Feb-24 | n/a | n/a |
| 24 | **finesthigherincomejobonline.com** | Mar-23 | Feb-24 | n/a | n/a |
| 25 | **preferablehigherincomejobs.com** | Mar-23 | Feb-24 | n/a | n/a |
| 26 | getworkfromhomejobs.com | May-23 | Apr-24 | n/a | n/a |
| 27 | searchjobsdirect.com | May-23 | Apr-24 | n/a | n/a |
| 28 | topdollarcareers.com | May-23 | Apr-24 | n/a | n/a |
| 29 | **higherjobupdates.com** | Jul-23 | Jun-24 | n/a | n/a |
| 30 | **moreincomejobs.com** | Jul-23 | Jul-24 | n/a | n/a |
| 31 | **earnhigherincomes.com** | Jul-23 | Jul-24 | n/a | n/a |
| 32 | **gohigherincomejobsprime.com** | Oct-23 | Nov-24 | n/a | n/a |
| 33 | **higherincomejobscareers.com** | Oct-23 | Nov-24 | n/a | n/a |
| 34 | **gethigherincomejobonline.com** | Mar-24 | Mar-24 | n/a | n/a |
| 35 | **highincomecareeroptions.com** | Apr-24 | Apr-24 | n/a | n/a |
| 36 | **eliteearningopportunities.com** | Apr-24 | Apr-24 | n/a | n/a |
| 37 | **tophigherincomejobsforu.com** | May-24 | May-24 | n/a | n/a |
| 38 | **higherincomejobsupdate.com** | May-24 | May-24 | n/a | n/a |
| 39 | **higherincomejobsresult.com** | May-24 | May-24 | n/a | n/a |
| 40 | registerednursingcareers.com | Jun-24 | Jun-24 | n/a | n/a |
| | **TOTAL** | | | **158.7** | **85.9** |

*\* bolded domains auto-redirect to higherincomejobs.com or other ZETA websites*

 *n/a listed are redirects and/or insignificant web traffic less than 100,000 visits in the LTM*

On Zeta's Q1 2022 conference call, CEO Steinberg stated that, *"We also were really excited about the management teams in both of those companies [Apptness and Arcamax]."* However, it's unclear to us exactly what about Apptness's management team made Steinberg excited in particular.

- Apptness's Chief Revenue Officer Jonah Lovens was Fluent's former SVP of Revenue for over 9 years, from December 2011 to December 2020, according to his LinkedIn. Lovens joined Apptness in 2021, less than a year prior to Zeta's acquisition of the Company. Coincidentally, the July 2023 FTC charges against Fluent – as we will discuss in greater detail further in this report – alleged that Fluent's fraudulent conduct began in 2011, and disclosed that the FTC issued Fluent a civil investigative demand in early 2020.[4]



- Apptness's CEO Dominik Szabo was previously Vice President of Online Marketing at Vapor Corp (formerly OTC:VPCO, now OTC:HCMC) a.k.a. Vaporin, an e-cigarette vendor where Szabo's objective, per his LinkedIn, *"was to build a self-sufficient eCommerce business from scratch."* In 2013, Vapor faced scrutiny after a class action lawsuit alleged that the business was not properly disclosing its terms and conditions to customers. The stock, once trading on the OTC, collapsed and rebranded as Healthier Choices Management Corp. The company now sports a $427,000 market cap. Today, Zeta continues to employ Szabo as SVP, Managing Director, Zeta Actions.

---

[4] Lovens was never named or charged by the DOJ or FTC.

Culper Research                Zeta Global Holdings Corp. (NYSE:ZETA)                November 13, 2024



## March 2022: Zeta Acquires Arcamax, Drives Its Traffic Back Into Consent Farms

In March 2022, Zeta doubled down on its consent farm business by acquiring ArcaMax Publishing, Inc. ("Arcamax"). At first glance, Arcamax appears to be a mere news aggregation service, but in reality we believe Arcamax now serves as a critical piece of Zeta's ongoing scheme. As shown below, when we visited Arcamax and attempted to sign up for one of its numerous supposed newsletters, Arcamax prompted us to "confirm" our subscription. However, that subscription link then directed us to another page hosted on "signupconfirmed.com" where the Company promised us *"access to members only offers"* – a blatantly false claim, as shown below.



When we entered our information, we were bombarded with numerous additional prompts, each of which, when clicked, would result in new pop-ups designed to capture our personal data. See that even after we denied 9 prompts in a row, Arcamax nevertheless redirected us to a website called "Prize Stash" in which, even after clicking "no thanks" we were forced into yet another form that prompted us to enter personal information.



SimilarWeb data reveals that in Q3 2024 (July 2024 through September 2024), Arcamax.com received 10.3 million visits from 2.6 million unique visitors, while a remarkable 74.2% of the website's outbound traffic was directed to two affiliated websites, namely the aforementioned signupconfirmed.com, and arcamaxjobs.com:



As shown above, signupconfirmed.com appears to function as yet another front for data collection by Zeta and its partners. With respect to arcamaxjobs.com, again see that the website's landing page is almost a mirror image of that of higherincomejobs.com, down to the very same fake job listings:



Web registrar data reveals that both arcamaxjobs.com and signupconfirmed.com were created in April 2022 and in June 2022, respectively – just weeks after Zeta acquired Arcamax – suggesting to us that Zeta purchased Arcamax with the express intention of funneling the website's traffic back into the Company's growing consent farm network, effectively pouring gasoline onto the fire of this scheme.



## In 2023, the FTC Charged Fluent for Fraudulent Consent Farms. We Believe ZETA Now Faces the Same Risks

In July 2023, the FTC charged Fluent (FLNT) for what it called *"a massive consent farm enterprise, using deceptive ads and websites to induce nearly one million consumers a day to provide their personal information..."*

> 2.    Defendants have operated a massive "consent farm" enterprise, using deceptive ads and websites to induce nearly one million consumers a day to provide their personal information and purported consent to receive telemarketing calls. In turn, Defendants have aggregated consumers' personal information and sold it to numerous telemarketers, who have relied on consumers' purported consent to justify robocalls and calls to numbers on the National Do-Not-Call Registry. All told, Defendants have sold the information of millions of consumers, generating tens of millions of dollars in revenue.
>
> 3.    Defendants' "consent farm" business is unlawful. To induce consumers to provide their personal information, Defendants and their affiliate marketers have misleadingly promised consumers job interviews and free rewards, when in fact the promised jobs typically did not exist, and the promised rewards were virtually impossible to obtain. Moreover, Defendants have failed to clearly disclose to consumers that the true purpose for collecting their personal information was for telemarketing, not job and reward offers. Finally, the purported consent that Defendants has obtained from consumers has been insufficient under the TSR. Thus, Plaintiff files this suit to recover civil penalties and halt Defendant's unlawful conduct.

Note further that the FTC charged Fluent not only for its own conduct, but for failing to supervise, and even encouraging the problematic conduct of its marketing partners. As we show later in this report, we believe Zeta has exercised similar indiscretion by selling its data to a slew of other unsavory consent farms.

<strong><span style="color:red">Is this starting to sound familiar...?</span></strong>

> 33.    Defendants have funneled consumers to their websites by disseminating their own ads, and by paying affiliate marketers (or "publishers") to disseminate ads containing hyperlinks to the Fluent lead generation sites. Defendants know or should know that their publishers often use

> ads that are facially deceptive, and make use of other abusive tactics, such as text message spamming and browser hijacking. Nevertheless, Defendants have failed to prevent their publishers from engaging in this illicit conduct. In fact, Fluent sales executives have excused and even encouraged this conduct.
>
> 34.    Moreover, many of Defendants' ads have made unauthorized use of the trademarks of well-known brands as a way of misleading consumers into believing that Defendants are affiliated with or endorsed by these brands. For example, Defendants' ads often feature the

*Source: FTC vs. Fluent ([complaint](#) filed July 2023)*

As part of the FTC settlement, the FTC's [proposed order](#) instructed Fluent and [its customers](#) to delete all illegally-obtained data and *"limits lead generation on Fluent's job websites to email marketing and prohibits Fluent from misrepresenting any material facts about rewards, job opportunities, or the collection and sale of consumers' personal information."* In other words, Fluent had to turn off the money spigot, and the impact was devastating: revenue growth and EBITDA have turned deeply negative, and Fluent is now valued at a mere $50 million, or 0.2x LTM revenues.



We believe that Zeta is now exposed to the very same risks, as the Company's practices appear strikingly similar to those named in the agencies' complaints. This was even corrobroated to us by one former Fluent executive:

> *"One of the things I see that Zeta is doing currently is running job sites, similar to Fluent, and it's one of the things that the FTC said: 'you need to shut down these job sites in order to settle the charges...' It was the only real thing that they [the FTC] had a problem with, and I can see that Zeta has a similar setup."*

> *"You've got a principal from Fluent [Jonah Lovens] running their marketing strategy... Zeta seems to have used similar traffic strategies to lure their clients away."*

As we detail below, we believe that Zeta's consent farms have become integral to its business, which would render any regulatory action against the Company similarly devastating.

## We Estimate Zeta's Consent Farms Have Driven Almost the Entirety of Revenue Growth Since Being Acquired, Now Represent 56% of EBITDA.

We believe that Zeta's consent farming network, spearheaded by Apptness and Arcamax and bolstered by share gains in the wake of the FTC's charges against Fluent, have driven almost the entirety of Zeta's revenue growth since being acquired, and now represent 56% of LTM Adjusted EBITDA. A summary of our estimates are shown in the table, with our full commentary below.

| Culper Est. ZETA Consent Farm Business | $ millions |
|---|---|
| Est. Revenues: Apptness | $230 |
| Est. Revenues: Arcamax | $110 |
| Est. Revenues: Fluent share gain | $63 |
| **Est. Total: Consent Farm Revenues** | **$403** |
| Est. EBITDA Margin Contribution | 23% |
| **Est. Consent Farm EBITDA** | **$94** |
| Reported Revenues, LTM ended Q3 2024 | $901 |
| Reported Revenues, LTM ended Q4 2021 | $458 |
| Revenue Growth: Q4 2021 to Q3 2024 | $443 |
| Reported Adj. EBITDA, LTM ended Q3 2024 | $167 |
| **Consent Farms as % of Revenue Growth** | **91%** |
| **Consent Farms as % of Adj. EBITDA** | **56%** |

### Zeta Brags That Apptness & Arcamax Drive "New Organic Revenue" at "Higher Margins"

While Zeta has remained tight-lipped regarding the ways in which Apptness and Arcamax actually collect consumer data, management has promoted the growth that has come both as a direct and indirect result of the acquisitions. According to CEO Steinberg on the Company's Q1 2022 conference call:

> *"What I would tell you is that we were able to pick up millions of double opted-in consumers in some very interesting verticals to our data cloud. And what we're really trying to do is continue to build out that data cloud around new categories and additional customers, and both of these platforms do exactly that.*
>
> *"You look at ArcaMax, by way of example. You look at Apptness. We're driving millions of opted-in consumers through those platforms. And as we look at growing the data cloud, we'll continue to look for additional sources of data."*

As later reiterated by Zeta's General Counsel and head of M&A Steven Vine on the Company's September 2023 conference call, the acquisitions not only added new data but supported new organic revenue at higher margins:

> *"For example, ArcaMax was a significant vendor prior to the acquisition, and owning that platform has allowed us to realize **significant and incremental cost savings and do more with the data** that platform creates. And what counts delivered e-mail infrastructure and capacity that is **supporting new organic revenue at favorable margins**."*

As confirmed by CFO Christopher Greiner on a November 2021 conference call, *"The gross margin profile of Apptness is accretive."* Given these comments claiming "significant and incremental cost savings" on top of an accretive gross margin profile, we Company-favorably estimate that the acquisitions contributed EBITDA merely in line with the Company's actual incremental Adj. EBITDA margins since the time of acquisition.

### Former Zeta Executive Says the Acquisitions Were Expected to Contribute $300M+ in Revenues

This concept was explained to us in more depth by multiple former Zeta employees. One stated that although both Apptness and Arcamax were small businesses at the time of acquisition, they were expected to contribute massively over time:

> *"The contribution has an amplified effect... Quite a chunk of revenue would be integrated into the other business units... The deals had profound value because of the data... In fact, none of their [Zeta's] business units would be able to make it to the next stage without acquiring these companies."*

Another employee stated that, in keeping with the Company's need to acquire "recent" data, the acquisitions not only added millions of new profiles, but enhanced Zeta's existing data:

> *"Apptness had a lot of focus on data-driven marketing. They had a very huge set of data that could be added to the mix. I think they grew by like 20 to 30 million more profiles through that acquisition."*

> *"Arcamax had 5 to 8 million profiles, but it was basically done to enhance the data cloud."*

More tangibly, one former high-level Zeta employee corroborated that while at the time of acquistion, neither Apptness nor Arcamax were generating significant revenues, the businesses were expected to generate $300 million in the 2 years after each was acquired:

> *Former Zeta Employee:* *"Apptness was expected [internally] to do* ***$200 million or more*** *two or two and a half years [after acquisition]."*

> *Culper Question:* *"You'd expect Apptness to be contriubuting over $200 million [in revenues] now?"*

> *Former Zeta Employee:* *"Absolutely ... Arcamax was also supposed to contribute $100 million or more after 2 years even though it was only a few million [when acquired]... over the first one or one and a half years it wasn't supposed to generate a lot, but maybe* ***$115 to $120 million after 2 years****."*

### Former Fluent Executives Say Zeta Gained Share in the Wake of Fluent FTC Charges

Moreover, we believe Zeta saw a significant boost in revenues in the wake of Fluent's FTC charges. Put plainly in the words of one former Fluent employee we spoke with:

> *"Zeta took a good deal of clients from their [Fluent's] network. The 2023 [FTC] charges precipitated a dramatic movement of clients from Fluent over to Zeta... The clients have to go elsewhere, and that elsewhere right now is Zeta."*

In Fluent's Q3 2023 earnings call, CEO Donald Patrick stated that, "*our core performance marketplace took the brunt of the impact of the FTC settlement and over the last 2.5 years,* ***a reduction in over $80 million in annual revenue****. We expect it will take a couple of quarters to return to growth...*"

However, after continuing to report disappointing results, in Fluent's Q2 2024 earnings call, CEO Patrick stated that, *"the results generated from our owned and operated marketplace reflect **the lingering impact of our post-FTC settlement transition**, including our existing businesses we felt were no longer strategically relevant."*

From Q3 2023 to Q2 2024, Fluent's LTM revenues declined another $47 million. Thus, when combined with the earlier $80 million, amounts to $126.6 million. Given our conversations with former employees, we believe that Zeta has taken a significant share, over 50% of this business, thus benefitting Zeta by $63 million.

## Zeta's "Two-Way" Relationships with Third Party Consent Farms Raise Revenue Round-Tripping Concerns, In Our View

We are not only concerned by the problematic ways in which Zeta appears to collect customer data and its significant impact on the business, but by the Company's "two-way" relationships with third-party consent farms, which we believe raises revenue round-tripping concerns.

### Kubient: Sources Suggest Zeta is Customer-1 in DOJ Round-Tripping Fraud Complaint

In September 2024, former Kubient (OTC:KBNT) CEO Paul Roberts pled guilty to accounting fraud charges in connection with Kubient's scheme to *"improperly recognize more than $1.3 million in fraudulent revenue"* representing *"over 94% of Kubient's reported revenue"* ahead of its 2020 IPO. According to the complaint, in October 2019, Kubient formed an agreement with an unnamed "Company-1" to round-trip revenues between the two companies, without either company ever actually providing services to the other.

> 2.    From at least in or about October 2019 through at least in or about March 2021, PAUL ROBERTS, the defendant, executed an accounting fraud scheme at Kubient. During that time, ROBERTS caused Kubient to improperly recognize more than $1.3 million in fraudulent revenue in Kubient's financial statements (the "Fraudulent Revenue"). The Fraudulent Revenue was over 94% of Kubient's reported revenue for 2020 at the time of its initial public offering ("IPO") in or about August 2020, over 74% of its reported revenue for 2020 at the time of its secondary public offering in or about December 2020, and approximately 45% of Kubient's reported revenue for all of 2020, as reported in Kubient's 2020 annual financial statement filed

3.      At the core of the accounting fraud scheme by PAUL ROBERTS, the defendant, was a fraudulent $1.3 million transaction that ROBERTS arranged between Kubient and another digital advertising technology company ("Company-1") and one of Company-1's affiliates (the "Company-1 Affiliate"). In a set of three contracts negotiated and executed together in or about October 2019, Kubient and Company-1 agreed to provide certain services to the other for nearly identical fees. Under the terms of two contracts, Kubient agreed to use its proprietary fraud detection tool Kubient Artificial Intelligence ("KAI") to scan data provided by Company-1 and the Company-1 Affiliate for instances of digital ad fraud and then deliver the results of KAI's findings to Company-1 and the Company-1 Affiliate (the "KAI Agreements" of the "KAI Transactions"). At the same time, pursuant to a Data Services Agreement, Company-1 agreed to sell Kubient other data and provide certain data-related services.

4.      From in or about January 2020 through in or about November 2020, Kubient paid Company-1 $1,300,336 and Company-1 paid Kubient $1,300,338.03 (which Kubient fraudulently recognized as revenue), but neither company ever provided any of the services they agreed to provide to the other company under the contracts. For example, with respect to the KAI

Zeta disclosed in its Q2 2023 Form 10-Q that:

> *"We and members of our senior executive team have received subpoenas from the Securities and Exchange Commission in connection with an investigation into Kubient, Inc., a company we worked with prior to our initial public offering, and from the United States Attorney's Office for the Southern District of New York, which is conducting a parallel investigation. The amount of business that we conducted with Kubient was quantitively insignificant to Zeta and we have not worked with Kubient since 2020. We are cooperating with the investigation."*

Based on this disclosure as well as conversations with those familiar, we find it highly probable that Zeta is the unnamed "Company-1" mutual beneficiary referenced in the DOJ complaint. We also note that the now-charged Roberts and Steven Gerber, Current President and COO at Zeta, previously worked together at Tranzact Media, which was also co-founded by Zeta's former President Michael Dimaio.



Tellingly, we think in Zeta's attempt to distance itself from the fraud by claiming that it has not worked with Kubient since 2020, the Company tells on itself – the DOJ alleged the fraudulent agreement was formed in October 2019 (i.e., prior to 2020), while the entire premise of the fraud is regarding business that did not actually occur. We note further that while Kubient disclosed that it first received SEC subpoenas in August 2022, Zeta did not disclose that it had received any subpoenas until a year later in its Q2 2023 Form 10-Q.

**<u>Zeta's Own Disclosures Confirm: The Company Has Two-Way Deals With Many Other Consent Farms, Many of Which Have Incestuous Relationships with Zeta</u>**

Zeta holds itself out to investors as servicing large enterprises, yet our review of the Company's customers – as disclosed by the Company itself – reveals that Zeta also sells leads to third party consent farms, many of whom also appear to serve as suppliers to Zeta. See for example that Higher Income Jobs discloses its list of third party advertising partners, while this same list can be found on other Apptness-run websites. As shown, many of Zeta's "third party advertising partners" are themselves consent farms, as we highlight below in the examples of "Everyday Winner" and "Career Boutique" below:



**<u>In 2023, Zeta's Auditor Identified a Critical Audit Matter Related to Revenue Recognition on these Two-Way Contracts. Further Language Suggests They are Numerous</u>**

In Zeta's 2023 Form 10-K, the Company disclosed for the first time a critical audit matter related to revenue recognition *"on contracts with third parties in which the Company is acting as both a vendor and a customer.*

> **Revenue Recognition- Refer to Note 2 to the financial statements**
>
> *Critical Audit Matter Description*
>
> When the Company enters into contracts with third parties in which the Company is acting as both a vendor and a customer, the Company performs an assessment of the services transferred to determine the independent nature of both the transactions. The Company presents the revenue and expense based on the fair value of the services provided or received.
>
> We identified revenue recognition on ==contracts with third parties in which the Company is acting as both a vendor and customer== as a critical audit matter because of the judgments necessary for management to evaluate whether goods or services are distinct and to estimate the fair value of the goods or services provided or received. Performing audit procedures related to revenue recognition for these contracts required more extensive audit effort and a higher degree of auditor judgment.

Moreover, Zeta's auditor E&Y then states that the group addressed the critical audit matter by *"selecting a sample of contracts for detailed testing wherein the Company is acting as both a vendor and customer..."* and *"making inquiries of management regarding the nature of the arrangement"* among other checks. Setting this aside, the very fact that Zeta has enough contracts of this nature such that auditors can only evaluate *a sample* of these contracts corroborates our view that contracts of this nature are widespread.

In total, we found at least 20 other consent farming websites that Zeta lists as among its "third party advertising partners."[5] Below, we present case studies on three of these partners, each of which exemplify our concerns regarding data collection methods, potential round-tripping via two-way contracts, and incestuous ties to Zeta.

**Digital Media Solutions ("DMS"): Bankruptcy Documents Names Zeta as a "Major Customer", Confirming Two-Way Relationship Between the Companies**

Digital Media Solutions ("DMS") is the owner of degreesearch.org, listed as an Apptness partner above. According to our reverse whois search, DMS appears to own not only this domain, but an astounding 3,556 domains, many of which appear to be cheap knockoffs of their real-life counterparts, such as "yellowpages411.ca" or "floridaculinaryinstitute.net" – neither of which have any affiliation with Yellow Pages or the Florida Culinary Institute. Numerous BBB complaints make clear that DMS is engaged in the consent farming business. See the example of one consumer below:



> **Initial Complaint**
> 10/21/2024
>
> **Complaint Type:** Sales and Advertising Issues
> **Status:** Resolved
>
> I typed, "****** Medical Plans" into ******. The first response was a link with "*******" in the name. I clicked on the site and the home page showed an advertisement for ******. I initially believed I was on a ****** Permanente website (Misleading business practices). I entered my telephone number and other information before realizing I was not on a ****** website. I then began receiving phone calls - up to 30 in the last four hours. The numbers are from all over the **. I asked one caller to remove me from the call list, and she said she was a broker and could remove me from her call list, but my information had likely been shared across the nation. The actual website contains small print - "Health Market Advisor" and is provided by "Digital Media Solutions, LLC". The business practices are predatory and misleading. The result is a massive number of phone calls from medical insurance brokers. I am on the *** "Do Not Call List", but that doesn't seem to matter.

---

[5] See full list and our source documentation in Appendix.

In September 2024, DMS filed for Chapter 11 bankruptcy protection in the state of Texas. In an associated bankruptcy filing dated October 30, 2024, **DMS names "Zeta: Apptness" among a list of "major customers", suggesting to us that Zeta not only sells to DMS, but buys from DMS**:



## Zeta CEO Previously Ran InPhonic, Which Was Charged by the FTC for Misleading Customers, and Formers Were Later Charged with "Round-Tripping" Transactions to Inflate Financials

We find Zeta's predatory consent farms and two-way contracts particularly interesting in light of two sets of fraud charges levied against Zeta CEO David Steinberg's prior company, InPhonic Inc.

Zeta's long-time CEO and, per his Instagram, full-time socialite David Steinberg co-founded InPhonic Inc alongside Zeta Chairman John Sculley in the dot-com era. InPhonic sold wireless devices and services online until it went bankrupt in 2007. In April 2007, the FTC charged InPhonic, alleging that the company used rebates to bait its consumers into making purchases, then *"among other things, failed to provide promised documents needed to obtain rebates, to send out rebate checks in the time promised, and to disclose adequately certain material terms and conditions prior to purchase."*

> 6.    Respondent typically advertises available rebates on its Web sites. (*See, e.g.,* Exhibit A). Each listed rebate has a hyperlink. A consumer who clicks the hyperlink is taken to a page which describes some of the extensive terms and conditions of the advertised rebate. Consumers can purchase the package without viewing these terms and conditions. In addition, there is nothing on the link itself to indicate the nature or significance of the terms and conditions. As a result, numerous consumers were not aware of several unusual and restrictive terms and conditions making the rebate offer less attractive. For example, at the time of purchase, numerous consumers were not aware that: (a) they would not be able to submit a request for the rebate until as much as six months after purchase; (b) they would not receive the rebate until as much as nine or ten months after purchase; and (c) even if they continuously maintained their wireless service for the required period of time, they would be disqualified from receiving a rebate if they changed their wireless phone numbers after purchase.
>
> 7.    Respondent has disseminated or has caused to be disseminated rebate forms for its "customer appreciation rebate," including but not necessarily limited to the attached Exhibit C. These rebate forms have contained the following statements:
>
>        "$150 Mail-In Rebate

In 2012, the SEC followed on with its own set of charges, alleging that from late 2005 through early 2007 (i.e., while Steinberg was still CEO) a former SVP and vendor of InPhonic, *"engaged in a fraudulent scheme involving a series of 'round-trip transactions' to artificially inflate InPhonic's financial results"* that resulted in *"material overstatements of InPhonic's adjusted EBITDA in earnings releases from 2005-2007."*[6]

> **SEC Brings Fraud Charges Against Former InPhonic Senior Vice President and President of Americas Premiere Corporation**
>
> On January 25, 2012, the Securities and Exchange Commission ("Commission") filed a civil injunctive action against a former senior vice president and a vendor of InPhonic, Inc., a now-bankrupt online retailer of cellular phones that was headquartered in Washington, D.C. According to the Commission's complaint, from late 2005 through early 2007, Len A. Familant, then an InPhonic senior vice president, and Paul V. Greene, president of telephone supplier Americas Premiere Corporation ("APC"), engaged in a fraudulent scheme involving a series of "round-trip transactions" to artificially inflate InPhonic's financial results.

**Flatiron Media: Former CEO of Arcamax is Now a Managing Director of a Fake Sweepstakes Group Doing Business with Zeta**

Everyday Winner is another website purportedly offering its visitors a chance to win money by entering sweepstakes. According to its privacy policy, the site is operated by Flatiron Media, which again lists numerous other websites among its own network of consent farms. Flatiron is currently staring down a class action lawsuit that has been ongoing for 2 years, in which a consumer alleges that Flatiron is responsible for bombarding the plaintiff text messages containing survey links which eventually directed to Everyday Winner.[7] See from the most recent complaint, filed November 4, 2024:

---

[6] Neither Steinberg nor Sculley were charged by the FTC or SEC.
[7] Carrodine v. Flatiron Media LLC (case 1:22-cv-09660-JMF)

Culper Research                    Zeta Global Holdings Corp. (NYSE:ZETA)                    November 13, 2024



We find it curious that Arcamax's long-time President and CEO Scott Wolf recently left Zeta Global and joined Flatiron Media. Wolf's LinkedIn even confirms that the two companies have worked together for years, stating, *"Effective October 2023, I joined Flatiron Media, a company I'd worked with since 2009 in my role at ArcaMax."*



**C4R Media Corp: Alleged TCPA Violations, Generating Traffic via Fake News Stories**

C4R Media Corp operates dozens of websites, at least 4 of which are listed as partners of Apptness: Bethea Astrology, Your Eligibility Guide, Unclaimed Benefits Bulletin, and Best Benefits Connection. See again below that Bethea, for example, prompts its visitors to submit their personal information in order "to play or win."



In January 2024, C4R was sued for alleged TCPA violations after the plaintiff visited another C4R website, The American Career Guide, and was soon bombarded with phone calls offering health insurance plans. In September 2024, the court ruled to block arbitration, suggesting to us that the case could go to trial.[8] A July 2024 investigation by a Pennsylvania journalist similarly found that groups including C4R Media flood Facebook groups with phony news stories and promises of free offers in order to generate inbound traffic to their websites.

## Conclusion

We think Fluent's history provides a helpful guide to Zeta's future. Shares have unraveled 65% since the FTC first announced an inquiry in March 2023, while the company now sports a mere $50 million market cap, or 0.2x revenues. Zeta trades at an eye-watering 7.2x revenues or 51x its $167 million in LTM Adj. EBITDA, while the entirety of Zeta's "earnings" are soaked up after accounting for the Company's egregious $215 million in LTM stock based compensation. We are short Zeta and believe the stock unravels in short order.

---

[8] Davis v. Clear Health, LLC 2024 WL 4041421 (N.D. Oh. Sept. 4, 2024)

Culper Research                    Zeta Global Holdings Corp. (NYSE:ZETA)                    November 13, 2024

# Appendix: Documentation, Zeta Owned or Affiliated Websites, Consent Farms

| Number | Domain | Email Address | Registrant name | Organization | Phone | Address | Privacy policy or other listed address |
|---|---|---|---|---|---|---|---|
| 1 | higherincomejobs.com | | Registration Private | Domains by Proxy LLC | 1.4806242599 | 100 S. Mill Ave, Suite 1600, Tempe, Arizona, 85281 | 399 NW 2nd Ave Ste 216 Boca Raton, FL 33432 |
| 2 | onlygreatjobs.com | reply@onlygreatjobs.com | admin admin | OGJ | 1.5612991053 | 900 N Federal Hwy Boca Raton FL 33432 | 160 W. Camino Real Unit #682 Boca Raton, FL 33432 |
| 3 | stimmoney.com | contact@stimmoney.com | STIM Money | STIM Money Marketing Servi | 1.8445101045 | 250 Commons Dr. #243, DuBois, PA, 15801, US | 160 W. Camino Real Unit #682 Boca Raton, FL 33432 |
| 4 | freshcareerfinder.com | | Identity Protection Service | Identity Protection Service | 44.1483307527 | PO Box 786 , Hayes, Middlesex, UB3 9TR | |
| 5 | unclaimedmoneyinfo.com | | Unclaimed Money Info | Unclaimed Money Info | 1.8445760191 | 4348 Waialae Ave (Box #434), Honolulu, HI, 96816, US | 160 W. Camino Real Unit #682 Boca Raton, FL 33432 |
| 6 | apptrck.com | | Identity Protection Service | Identity Protection Service | 44.1483307527 | PO Box 786 , Hayes, Middlesex, UB3 9TR | 160 W. Camino Real Unit #682 Boca Raton, FL 33432 |
| 7 | eligibilitylookup.com | | Identity Protection Service | Identity Protection Service | 44.1483307527 | PO Box 786 , Hayes, Middlesex, UB3 9TR | 1706 TODDS LN # 311, HAMPTON, VA, 23666-3123 |
| 8 | arcamaxjobs.com | hostmaster@arcamax.com | Arcamax Publishing Inc | Arcamax Publishing Inc | 1.7575969730 | 11830 Canon Blvd Suite A Newport News, Newport News, Virg | 160 W. Camino Real Unit #682 Boca Raton, FL 33432 |
| 11 | jobzoodle.com | | Identity Protection Service | Identity Protection Service | 44.1483307527 | PO Box 786 , Hayes, Middlesex, UB3 9TR | 160 W. Camino Real Unit #682 Boca Raton, FL 33432 |
| 9 | topjobofferstoday.com | | Identity Protection Service | Identity Protection Service | 44.1483307527 | PO Box 786 , Hayes, Middlesex, UB3 9TR | 116-2723 FAITHFULL AVE SASKATOON SK S7K 7C3 Mailbox |
| 10 | signupconfirmed.com | | Identity Protection Service | Identity Protection Service | 44.1483307527 | PO Box 786 , Hayes, Middlesex, UB3 9TR | 160 W. Camino Real Unit #682 Boca Raton, FL 33432 |
| 14 | bingearcamax.com | scottwolf@arcamax.net | Arcamax Publishing LLC | Arcamax Publishing LLC | 3022311710 | 1706 TODDS LN # 311, HAMPTON, VA, 23666-3123 | |
| 13 | localcareerz.com | | Identity Protection Service | Identity Protection Service | 44.1483307527 | PO Box 786 , Hayes, Middlesex, UB3 9TR | |
| 12 | mybestjobmatch.com | | Identity Protection Service | Identity Protection Service | 44.1483307527 | PO Box 786 , Hayes, Middlesex, UB3 9TR | |
| 15 | americanjobfinder.com | | Identity Protection Service | Identity Protection Service | 44.1483307527 | PO Box 786 , Hayes, Middlesex, UB3 9TR | 471 Central St, Box 570 Kansas City, MO 64112 |
| 16 | yourmorningtea.com | | Redacted | | 1.8559583795 | 471 Central St, (Box 570), Kansas City, MO, 64112 | |
| 17 | americanresourcehub.com | | Identity Protection Service | Identity Protection Service | 44.1483307527 | PO Box 786 , Hayes, Middlesex, UB3 9TR | 304 S JONES BLVD, STE 1037 LAS VEGAS, NV 89107 |
| 18 | welcomeconfirmation.com | | Identity Protection Service | Identity Protection Service | 44.1483307527 | PO Box 786 , Hayes, Middlesex, UB3 9TR | 304 S JONES BLVD, STE 1037 LAS VEGAS, NV 89107 |
| 19 | betterincomesearch.com | admin@higherincome-jobs.com | Higher Income Jobs | Higher Income Jobs | 1.3142961708 | 1317 Edgewater Dr #3067 , Orlando, Florida, 32804 | 1706 TODDS LN # 311, HAMPTON, VA, 23666-3123 |
| 20 | hijnow.com | admin@higherincome-jobs.com | Higher Income Jobs | Higher Income Jobs | 1.3142961708 | 1317 Edgewater Dr #3067 , Orlando, Florida, 32804 | |
| 21 | getmorehigherincomejobs.com | ryanevander@countrysideitsolutions.com | Ryan Evander | CountrySide IT Solutions | 1.3132634105 | 3013 NJ-27 Unit 6 #287 , Kendall Park, New Jersey, 08824 | |
| 22 | higherincomeplans.com | admin@higherincome-jobs.com | Higher Income Jobs | Higher Income Jobs | 1.3142961708 | 1317 Edgewater Dr #3067 , Orlando, Florida, 32804 | |
| 23 | higherincomejobsworld.com | ryanevander@countrysideitsolutions.com | Ryan Evander | CountrySide IT Solutions | 1.3132634105 | 3013 NJ-27 Unit 6 #287 , Kendall Park, New Jersey, 08824 | |
| 24 | finesthigherincomejobsonline.com | ryanevander@countrysideitsolutions.com | Ryan Evander | CountrySide IT Solutions | 1.3132634105 | 3013 NJ-27 Unit 6 #287 , Kendall Park, New Jersey, 08824 | |
| 25 | preferablehigherincomejobs.com | ryanevander@countrysideitsolutions.com | Ryan Evander | CountrySide IT Solutions | 1.3132634105 | 3013 NJ-27 Unit 6 #287 , Kendall Park, New Jersey, 08824 | |
| 26 | getworkfromhomejobs.com | admin admin | | OGJ | 1.5612991053 | 900 N Federal Hwy Boca Raton FL 33432 | 160 W. Camino Real Unit #682 Boca Raton, FL 33432 |
| 27 | searchjobsdirect.com | | | | | | 160 W. Camino Real Unit #682 Boca Raton, FL 33432 |
| 28 | topdollarcareers.com | | | | | | 160 W. Camino Real Unit #682 Boca Raton, FL 33432 |
| 29 | higherjobupdates.com | admin@higherincome-jobs.com | Higher Income Jobs | Higher Income Jobs | 1.3142961708 | 1317 Edgewater Dr #3067 , Orlando, Florida, 32804 | |
| 30 | moreincomejobs.com | admin@higherincome-jobs.com | Higher Income Jobs | Higher Income Jobs | 1.3142961708 | 1317 Edgewater Dr #3067 , Orlando, Florida, 32804 | |
| 31 | earnhigherincomes.com | admin@higherincome-jobs.com | Higher Income Jobs | Higher Income Jobs | 1.3142961708 | 1317 Edgewater Dr #3067 , Orlando, Florida, 32804 | |
| 32 | gohigherincomejobsprime.com | chrisidris@hyperstreamlogistics.com | Chris Idris | Hyperstream Logistics | 1.2182604378 | 1223 N. Lee Hwy PMB 232 , Lexington, Virginia, 24450 | |
| 33 | higherincomejobscareers.com | chrisidris@hyperstreamlogistics.com | Chris Idris | Hyperstream Logistics | 1.2182604378 | 1223 N. Lee Hwy PMB 232 , Lexington, Virginia, 24450 | |
| 34 | gethigherincomejobonline.com | warrenjosiah@digitaldreamswebsolutions.com | Warren Josiah | DigitalDreams Web Solution | 1.2107644576 | 996 Maine Ave SW, # 333 , Washington, District of Columbia, 20024 | |
| 35 | highincomecareeroptions.com | warrenjosiah@digitaldreamswebsolutions.com | Warren Josiah | DigitalDreams Web Solution | 1.2107644576 | 996 Maine Ave SW, # 333 , Washington, District of Columbia, 2 | DBA Registration Number 102188147 |
| 36 | elitearningopportunities.com | warrenjosiah@digitaldreamswebsolutions.com | Warren Josiah | DigitalDreams Web Solution | 1.2107644576 | 996 Maine Ave SW, # 333 , Washington, District of Columbia, 2 | 399 NW 2nd Ave, Ste 100, Boca Raton, FL 33432 |
| 37 | tophigherincomejobsforu.com | warrenjosiah@digitaldreamswebsolutions.com | Warren Josiah | DigitalDreams Web Solution | 1.2107644576 | 996 Maine Ave SW, # 333 , Washington, District of Columbia, 20024 | |
| 38 | higherincomejobsupdate.com | warrenjosiah@digitaldreamswebsolutions.com | Warren Josiah | DigitalDreams Web Solution | 1.2107644576 | 996 Maine Ave SW, # 333 , Washington, District of Columbia, 20024 | |
| 39 | higherincomejobsresult.com | warrenjosiah@digitaldreamswebsolutions.com | Warren Josiah | DigitalDreams Web Solution | 1.2107644576 | 996 Maine Ave SW, # 333 , Washington, District of Columbia, 20024 | |
| 40 | registerednursingcareers.com | | | | | | 15 Ingestre Place, London, England, W1F 0DU |

| # | Third party advertising partner | Consent Farm? |
|---|---|---|
| 1 | Arcamax | Yes |
| 2 | Bathea Astrology | Yes |
| 3 | Best Benefits Connection | Yes |
| 4 | Career Boutique | Yes |
| 5 | Career Coach | Yes |
| 6 | Christin Medium | Yes |
| 7 | Degree Search | Yes |
| 8 | Degree Source | Yes |
| 9 | Dollar Flight Club | Yes |
| 10 | EDU First | Yes |
| 11 | Enotem | Yes |
| 12 | Everyday Winner | Yes |
| 13 | FreshCareerFinder | Yes |
| 14 | Maria Medium | Yes |
| 15 | My Daily Moment | Yes |
| 16 | National Disability | Yes |
| 17 | Trending Jobs | Yes |
| 18 | Unclained Benefits Bulletin | Yes |
| 19 | YourEligibilityGuide | Yes |
| 20 | JobsLaunch | Yes |