# EXHIBIT 8

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-K

**(Mark One)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2024**
**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM _____TO_____**

**Commission File Number: 001-40464**

# ZETA GLOBAL HOLDINGS CORP.
**(Exact name of Registrant as specified in its Charter)**

| | |
|---|---|
| **Delaware**<br>**(State or other jurisdiction of**<br>**incorporation or organization)** | **80-0814458**<br>**(I.R.S. Employer**<br>**Identification No.)** |
| **3 Park Ave, 33rd Floor**<br>**New York, NY 10016**<br>**(Address of principal executive offices)** | **10016**<br>**(Zip Code)** |

**Registrant's telephone number, including area code: (212) 967-5055**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading<br>Symbol(s) | Name of each exchange<br>on which registered |
|---|---|---|
| **Class A Common Stock,**<br>**par value $0.001 per share** | **ZETA** | **The New York Stock Exchange** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   YES ☒   NO ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   YES ☐   NO ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   YES ☒   NO ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   YES ☒   NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Small reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   YES ☐   NO ☒

As of June 28, 2024, the aggregate market value of the registrant's Class A Common Stock, $0.001 par value, held by non-affiliates of the registrant was approximately $3.1 billion (based upon the closing sale price of the Class A Common Stock on June 28, 2024 on The New York Stock Exchange). The market value of the registrant's Class B Common Stock is not included in the above value as there is no active market for such stock.

The total number of shares of the registrant's common stock outstanding as of February 14, 2025 was 237,722,456, comprised of 213,627,385 shares of Class A Common Stock outstanding as of February 14, 2025 and 24,095,071 shares of Class B Common Stock outstanding as of February 14, 2025.

**PART I**

**Item 1. Business.**

**Overview**

Zeta is a leading AI-powered omnichannel data-driven cloud platform that provides enterprises with consumer intelligence and marketing automation software. We empower our customers to target, connect and engage consumers through software that delivers personalized marketing across all addressable channels, including email, social media, web, chat, Connected TV ("CTV") and video, among others. Our Generative AI (GenAI)-driven marketing solutions enable brands to personalize experiences at scale, measure impact with precision and optimize marketing spend to increase return on investment ("ROI"). With the integration of LiveIntent's identity graph and publisher network, we have strengthened our Data Cloud assets and our ability to deliver authenticated, people-based marketing across addressable channels.

Our Zeta Marketing Platform, or ZMP, is an AI-powered marketing platform with identity data at its core. Leveraging GenAI and machine learning, the ZMP processes billions of structured and unstructured data signals to predict consumer intent, optimize messaging and drive personalized messaging across all channels. The integration of LiveIntent's identity graph expands Zeta's first-party data foundation, strengthening authenticated identity resolution and deterministic targeting. The ZMP enables brands to connect with consumers through native integration of marketing channels and API integration with third parties. The ZMP's data-driven algorithms and processes learn and optimize each customer's marketing program in real time, producing a 'flywheel effect' that enables our customers to test, learn and improve their marketing programs in real time.

The ZMP enhances our customers' ability to personalize consumer experiences at scale across multiple touchpoints. With AI-driven automation, brands can orchestrate highly effective programs through intuitive workflows and real-time intelligence. Our Consumer Data Platform ("CDP+") now integrates LiveIntent's identity graph, improving identity resolution while maintaining compliance with evolving privacy standards. Our Agile Intelligence®suite (formerly known as Opportunity Explorer) synthesizes Zeta's proprietary data and data generated by our customers to uncover consumer insights that are translated into marketing programs designed for highly targeted audiences across digital channels, including email, SMS, websites, applications, social media, CTV and chat.

We designed the ZMP using a flexible, service-oriented architecture to support evolving AI-powered marketing use cases, facilitate rapid development of new solutions, and meet the growing complexity of marketing requirements. The ZMP is hosted in the Zeta Hybrid Cloud, which is a unique pairing of a public cloud (AWS/Google/Azure) deployment and self-hosted private cloud (VMware/Docker/Kubernetes) resources designed to facilitate workload management in a cost-effective, performant and efficient manner.

We have dedicated significant resources to building customer trust by strengthening data privacy, security, and AI governance within our platform. Our investments include enhanced identity security protocols, AI-driven compliance monitoring, and expanded data protection capabilities. These initiatives are supported by engineers, analysts, lawyers, policy experts and security specialists, leveraging hardware and software from leading vendors. Our platform provides advanced consent management capabilities, enabling precise application of opt-in and opt-out preferences across data sources, products, and customer engagements.

The ZMP is built on the following four pillars:

*1.   Zeta's Data Set*

Our data set, which contains more than 245 million individuals in the U.S. and more than 535 million individuals globally, is a comprehensive mix of proprietary, partner, and publicly available data, now strengthened by LiveIntent's authenticated identity graph, providing enhanced first-party resolution. This data set includes an average of more than 2,500 attributes per individual, which may be demographic, behavioral, psychographic, transactional, or indicative of preference.
On average, we ingest more than one trillion content consumption signals per month on a global basis and synthesize this information into hundreds of intent-based audiences, which can then be used to create marketing programs. All this data is managed through a proprietary database structure that has patented flexibility, speed and scalability.

1

*2.  AI Engine*

We believe our proprietary data is key to our AI engine. We analyze this data through extensive application of AI technologies, including GenAI, machine learning, natural language processing, and predictive AI. We leverage our AI technologies and proprietary data within the ZMP to:

- Seamlessly collect and ingest structured and unstructured data into the ZMP;
- Detect PII and apply data governance in accordance with business, state, and federal rules and regulations;
- Quickly and reliably analyze key consumer attributes and signals;
- Identify consumer intent by running sophisticated algorithms to analyze data;
- Cluster related concepts and prioritize actionable insights to create intent-based graphs;
- Create audiences comprised of individuals or affinity-driven clusters scored based on intent;
- Forecast experience-based outcomes at an individual and audience level;
- Personalize content to make experiences more relevant for the consumer and profitable for the enterprises;
- Create channel and content recommendations to optimize marketing performance;
- Enable ZMP users to create GenAI agents and workflows, which chain discrete tasks together for automations;
- Determine intent of a ZMP user using GenAI and recommend next actions; and
- Leverage GenAI for the creation of campaigns, creative, audiences, experiences, data onboarding processes, and analysis of analytics.

*3.  Omnichannel Engagement*

Our platform provides integrated access to a wide range of omnichannel inventory and data sources, as well as third-party services and platforms. The ZMP integrates these third-party sources and services to enable our customers to deploy their targeted marketing programs through a wider range of channels, devices and formats, all within a single platform. This enables our customers to improve how they identify and engage the modern consumer who is using multiple devices and platforms (e.g., mobile, website, applications, social media, CTV and email).

*4.  Performance Optimization*

Zeta's platform provides AI-powered real-time analytics to our customers through a graphical dashboard and makes recommendations for improvement through the same graphical interface. Our AI engineers continuously update the predictive AI models and machine learning algorithms to improve the ROI for our customers.

**Our Platform and Products**

The ZMP is a single platform designed to enable enterprises to acquire, grow and retain consumer relationships more efficiently and effectively than alternative solutions available in the market. The platform consists of three core products (ESP, CDP+, and DSP) with modules that can be activated to meet our customers' specific business needs. The integration of LiveIntent strengthens our CDP+ offering by improving identity resolution technology, expanding the size and scope of the Data Cloud and enhancing first-party data activation. Artificial intelligence is native to the ZMP, unlocking new capabilities for identity-based personalization, automated optimization, and AI-powered forecasting. Our customers can purchase our products individually or in combination based on their evolving needs. We also offer various technical upgrades, consulting services, additional integrations, and access to ad-hoc data sources, services, and channels. As a result, our customers are incentivized to allocate an increasing percentage of their marketing budgets to our platform and to enter long-term contractual commitments.

*Messaging – ESP*

Zeta Messaging, our ESP offering, provides our customers with end-to-end AI-powered omnichannel messaging capabilities. From segmentation to automation of campaigns, we deliver rich, individualized experiences that drive engagement through email, mobile, social and other digital channels. Using access to our intelligence tools, our ESP customers can expand their knowledge of their customers with past purchase behavior, channel preferences, real-time interests, and predictive intent. Our built-in

SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ZETA GLOBAL HOLDINGS CORP.

Date: February 26, 2025                    By:  /s/ Christopher Greiner

                                                Christopher Greiner
                                                *Chief Financial Officer*

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant in the capacities and on the dates indicated.

| Name | Title | Date |
| --- | --- | --- |
| /s/ David Steinberg<br>David Steinberg | Chief Executive Officer, Director<br>*(Principal Executive Officer)* | February 26, 2025 |
| /s/ Christopher Greiner<br>Christopher Greiner | Chief Financial Officer<br>*(Principal Financial Officer)* | February 26, 2025 |
| /s/ Satish Ravella<br>Satish Ravella | EVP, Chief Accounting Officer<br>*(Principal Accounting Officer)* | February 26, 2025 |
| /s/ Jené Elzie<br>Jené Elzie | Director | February 26, 2025 |
| /s/ Imran Khan<br>Imran Khan | Director | February 26, 2025 |
| /s/ William Landman<br>William Landman | Director | February 26, 2025 |
| /s/ Robert Niehaus<br>Robert Niehaus | Director | February 26, 2025 |
| /s/ William Royan<br>William Royan | Director | February 26, 2025 |
| /s/ John Sculley<br>John Sculley | Director | February 26, 2025 |
| /s/ Jeanine Silberblatt<br>Jeanine Silberblatt | Director | February 26, 2025 |