# EXHIBIT 9

**Zeta Global Statement on Data Terminology Updates**
March 10, 2025

At Zeta, we are committed to transparency and uphold the highest standards of compliance.

Zeta collects permissioned data for web monitoring and email using methodologies compliant with federal laws, state laws, and self-regulatory programs.

As shared at Zeta's Data Summit event (see slide 29) in December 2024, the Zeta data set includes 245 million US individuals that provided permission to online tracking by agreeing to publisher terms of service. Additionally, the Zeta data set includes 110 million US individuals providing permission to email via opt-in action.

Consistent with that presentation, and as part of our ongoing efforts to provide shareholders with clear and accurate disclosures, we refined our terminology to better reflect the evolving nature of data permissions. As such, Zeta proactively made the decision to update related disclosures in its FY2024 10-K filing.

This update ensures our terminology aligns with the nature of permissions across our data assets to prevent misinterpretations.