# EXHIBIT 11

Post

**The Capitol Forum**
@Capitol_Forum                                                     ...

Zeta Global: Company Removes References to 'Opted-In' Data in 10-K Filing, Experts Question Data Collection Claims $GOOG $GOOGL $META $ZETA library.thecapitolforum.com/docs/8dvjkunhp...

h/t @EthanEhrenhaft

7:26 AM · Mar 10, 2025 · 1,525 Views

♡ 1          ⇄ 2          ♡ 3          🔖 3          ⬆

New to X?

Sign up now to get your own personalized timeline!

G   Sign up with Google

🍎  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···   © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in     **Sign up**