# EXHIBIT 12

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Steinberg David | Zeta Global Holdings Corp. [ ZETA ] | X Director    X 10% Owner |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 05/22/2024 | X Officer (give title below)    Other (specify below) |
| 3 PARK AVE, 33RD FLOOR | | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| NEW YORK   NY   10016 | | Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | X Form filed by More than One Reporting Person |

Rule 10b5-1(c) Transaction Indication

Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 05/22/2024 | | G[(1)] | | 111,007 | D | $0 | 1,492,031 | I | By ACI Investment Partners, LLC[(2)] |
| Class A Common Stock | 05/23/2024 | | G | | 3,000 | D | $0 | 1,489,031 | I | By ACI Investment Partners, LLC[(2)] |
| Class A Common Stock | 05/22/2024 | | G[(1)] | | 487,043 | D | $0 | 0 | I | By IAC Investment Company IX, LLC[(3)] |
| Class A Common Stock | | | | | | | | 105,660 | I | By Spouse |
| Class A Common Stock | | | | | | | | 10,154 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | [(4)] | 05/22/2024 | | G[(1)] | | | 1,829,383 | [(4)] | [(4)] | Class A Common Stock | 1,829,383 | $0 | 21,444,560 | I | By ACI Investment Partners, LLC[(2)] |
| Class B Common Stock | [(4)] | 05/22/2024 | | G[(1)] | | | 75,000 | [(4)] | [(4)] | Class A Common Stock | 75,000 | $0 | 134,938 | I | By CAIVIS Acquisition Corp. II[(5)] |
| Class B Common Stock | [(4)] | | | | | | | [(4)] | [(4)] | Class A Common Stock | 5,059,578 | | 5,059,578 | I | By IAC Investment Company IX, LLC[(3)] |
| Class B Common Stock | [(4)] | | | | | | | [(4)] | [(4)] | Class A Common Stock | 464,354 | | 464,354 | I | By Family Trusts[(6)] |
| Class B Common Stock | [(4)] | | | | | | | [(4)] | [(4)] | Class A Common Stock | 47,676 | | 47,676 | I | By Spouse |

| 1. Name and Address of Reporting Person* |
|---|
| Steinberg David |
| (Last)  (First)  (Middle) |
| 3 PARK AVE, 33RD FLOOR |
| (Street) |
| NEW YORK   NY   10016 |

| (City) | (State) | (Zip) |
|---|---|---|

**1. Name and Address of Reporting Person** [*]

**ACI Investment Partners, LLC**

| (Last) | (First) | (Middle) |
|---|---|---|

**3 PARK AVENUE, 33RD FLOOR**

(Street)

| NEW YORK | NY | 10016 |
|---|---|---|
| (City) | (State) | (Zip) |

**Explanation of Responses:**

1. Represents a transfer to a trust managed by an independent trustee that was established for trust, estate and tax planning purposes and will also be used to satisfy any tax withholding obligations arising from the vesting of certain restricted stock awards.

2. Securities held directly by ACI Investment Partners, LLC ("ACI"). Mr. Steinberg is the managing member of ACI. Mr. Steinberg disclaims beneficial ownership of the shares held directly by ACI except to the extent of his pecuniary interest therein, if any.

3. Securities held directly by IAC Investment Company IX, LLC ("IAC"). Mr. Steinberg is the managing member of IAC. Mr. Steinberg disclaims beneficial ownership of the shares held directly by IAC except to the extent of his pecuniary interest therein, if any.

4. The Class B common stock is convertible at any time at the option of the holder into Class A common stock on a one-to-one basis, and will convert automatically into Class A common stock on a one-to-one basis upon the earliest to occur of: (1) the first date on which the voting power of all then-outstanding shares of Class B Common Stock representing less than 10% of the combined voting power of all then-outstanding shares of Common Stock and (2) the date of the death or Disability (as defined in the Issuer's amended and restated certificate of incorporation) of Mr. Steinberg, and (b) upon the date specified by the holders of at least a majority of the then outstanding shares of Class B common stock, voting as a separate class.

5. Securities held direcly by CAIVIS, which is a wholly owned subsidiary of CAIVIS Investment Company V, LLC, of which Mr. Steinberg is the majority shareholder.

6. Mr. Steinberg is co-trustee of each family trust and as a result may be deemed to share beneficial ownership of the securities held of record by each trust to the extent of his pecuniary interest therein, if any.

| | |
|---|---|
| ACI Investment Partners, LLC, /s/ David A. Steinberg, Managing Member | 05/24/2024 |
| David A. Steinberg, /s/ Steven Vine, Attorney-in-fact | 05/24/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Steinberg David | Zeta Global Holdings Corp. [ ZETA ] | X Director    X 10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 08/09/2024 | X Officer (give title below)    Other (specify below) |
| 3 PARK AVE, 33RD FLOOR | | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| NEW YORK    NY    10016 | | ☐ Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | X Form filed by More than One Reporting Person |

Rule 10b5-1(c) Transaction Indication

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 08/09/2024 | | G[1] | | 222,548 | D | $0 | 1,910,028 | I | By ACI Investment Partners, LLC[2] |
| Class A Common Stock | 08/09/2024 | | G[3] | | 59,420 | D | $0 | 1,850,608 | I | By ACI Investment Partners, LLC[2] |
| Class A Common Stock | 08/09/2024 | | G[3] | | 59,420 | A | $0 | 165,080 | I | By Spouse |
| Class A Common Stock | 08/09/2024 | | G[1] | | 85,844 | D | $0 | 79,236 | I | By Spouse |
| Class A Common Stock | | | | | | | | 11,634 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | [4] | 08/09/2024 | | G[1] | | | 1,703,943 | [4] | [4] | Class A Common Stock | 1,703,943 | $0 | 19,740,617 | I | By ACI Investment Partners, LLC[2] |
| Class B Common Stock | [4] | 08/09/2024 | | G[1] | | | 511,980 | [4] | [4] | Class A Common Stock | 511,980 | $0 | 4,547,598 | I | By IAC Investment Company IX, LLC[5] |
| Class B Common Stock | [4] | 08/09/2024 | | G[1] | | | 37,500 | [4] | [4] | Class A Common Stock | 37,500 | $0 | 97,438 | I | By CAIVIS Acquisition Corp. II[6] |
| Class B Common Stock | [4] | 08/09/2024 | | G[1] | | | 7,760 | [4] | [4] | Class A Common Stock | 7,760 | $0 | 456,594 | I | By Family Trusts[7] |
| Class B Common Stock | [4] | | | | | | | [4] | [4] | Class A Common Stock | 47,676 | | 47,676 | I | By Spouse |

| 1. Name and Address of Reporting Person* | |
|---|---|
| Steinberg David | |
| (Last)    (First)    (Middle) | |
| 3 PARK AVE, 33RD FLOOR | |
| (Street) | |
| NEW YORK    NY    10016 | |
| (City)    (State)    (Zip) | |

| 1. Name and Address of Reporting Person* |  |  |
|---|---|---|
| ACI Investment Partners, LLC |  |  |
| (Last) | (First) | (Middle) |
| 3 PARK AVENUE, 33RD FLOOR |  |  |
| (Street) |  |  |
| NEW YORK | NY | 10016 |
| (City) | (State) | (Zip) |

**Explanation of Responses:**

1. Represents a transfer to a trust managed by an independent trustee that was established for trust, estate and tax planning purposes and will also be used to satisfy any tax withholding obligations arising from the vesting of certain restricted stock awards.

2. Securities held directly by ACI Investment Partners, LLC ("ACI"). Mr. Steinberg is the managing member of ACI. Mr. Steinberg disclaims beneficial ownership of the shares held directly by ACI except to the extent of his pecuniary interest therein, if any.

3. Represents a transfer to Mr. Steinberg's spouse.

4. The Class B common stock is convertible at any time at the option of the holder into Class A common stock on a one-to-one basis, and will convert automatically into Class A common stock on a one-to-one basis upon the earliest to occur of: (1) the first date on which the voting power of all then-outstanding shares of Class B Common Stock representing less than 10% of the combined voting power of all then-outstanding shares of Common Stock and (2) the date of the death or Disability (as defined in the Issuer's amended and restated certificate of incorporation) of Mr. Steinberg, and (b) upon the date specified by the holders of at least a majority of the then outstanding shares of Class B common stock, voting as a separate class.

5. Securities held directly by IAC Investment Company IX, LLC ("IAC"). Mr. Steinberg is the managing member of IAC. Mr. Steinberg disclaims beneficial ownership of the shares held directly by IAC except to the extent of his pecuniary interest therein, if any.

6. Securities held direcly by CAIVIS, which is a wholly owned subsidiary of CAIVIS Investment Company V, LLC, of which Mr. Steinberg is the majority shareholder.

7. Mr. Steinberg is co-trustee of each family trust and as a result may be deemed to share beneficial ownership of the securities held of record by each trust to the extent of his pecuniary interest therein, if any.

| | |
|---|---|
| ACI Investment Partners, LLC, /s/ David A. Steinberg, Managing Member | 08/09/2024 |
| David A. Steinberg, /s/ Steven Vine, Attorney-in-fact | 08/09/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Steinberg David | Zeta Global Holdings Corp. [ ZETA ] | X Director    X 10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 12/12/2024 | X Officer (give title below)    Other (specify below) |
| 3 PARK AVE, 33RD FLOOR | | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| NEW YORK    NY    10016 | | ☐ Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | X Form filed by More than One Reporting Person |

Rule 10b5-1(c) Transaction Indication

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 12/12/2024 | | G[(1)] | | 852,066 | D | $0 | 2,529,618 | I | By ACI Investment Partners, LLC[(2)] |
| Class A Common Stock | 12/12/2024 | | G[(3)] | | 4,857 | D | $0 | 2,524,761 | I | By ACI Investment Partners, LLC[(2)] |
| Class A Common Stock | 12/12/2024 | | G[(3)] | | 4,857 | A | $0 | 4,857 | I | By Family Trusts[(4)] |
| Class A Common Stock | 12/12/2024 | | G[(1)] | | 4,857 | D | $0 | 0 | I | By Family Trusts[(4)] |
| Class A Common Stock | 12/12/2024 | | G[(1)] | | 26,424 | D | $0 | 52,812 | I | By Spouse |
| Class A Common Stock | | | | | | | | 66,075[(5)] | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | [(6)] | 12/12/2024 | | G[(1)] | | | 786,660 | [(6)] | [(6)] | Class A Common Stock | 786,660 | $0 | 18,953,957 | I | By ACI Investment Partners, LLC[(2)] |
| Class B Common Stock | [(6)] | 12/12/2024 | | G[(7)] | | | 231,375 | [(6)] | [(6)] | Class A Common Stock | 231,375 | $0 | 18,722,582 | I | By ACI Investment Partners, LLC[(2)] |
| Class B Common Stock | [(6)] | 12/12/2024 | | G[(7)] | | 231,375 | | [(6)] | [(6)] | Class A Common Stock | 231,375 | $0 | 231,375 | I | By Charitable Annuity Trust |
| Class B Common Stock | [(6)] | 12/12/2024 | | G[(1)] | | | 7,760 | [(6)] | [(6)] | Class A Common Stock | 7,760 | $0 | 448,834 | I | By Family Trusts[(4)] |
| Class B Common Stock | [(6)] | 12/12/2024 | | G[(1)] | | | 432 | [(6)] | [(6)] | Class A Common Stock | 432 | $0 | 4,547,166 | I | By IAC Investment Company IX, LLC[(8)] |
| Class B Common Stock | [(6)] | | | | | | | [(6)] | [(6)] | Class A Common Stock | 97,438 | | 97,438 | I | By CAIVIS Acquisition Corp. II[(9)] |
| Class B Common Stock | [(6)] | | | | | | | [(6)] | [(6)] | Class A Common Stock | 47,676 | | 47,676 | I | By Spouse |

1. Name and Address of Reporting Person[*]

Steinberg David
_____

(Last)           (First)           (Middle)

3 PARK AVE, 33RD FLOOR
_____

(Street)

NEW YORK          NY               10016
_____

(City)           (State)           (Zip)

1. Name and Address of Reporting Person[*]

ACI Investment Partners, LLC
_____

(Last)           (First)           (Middle)

3 PARK AVENUE, 33RD FLOOR
_____

(Street)

NEW YORK          NY               10016
_____

(City)           (State)           (Zip)

**Explanation of Responses:**

1. Represents a transfer to a trust managed by an independent trustee that was established for trust, estate and tax planning purposes and will also be used to satisfy any tax withholding obligations arising from the vesting of certain restricted stock awards.

2. Securities held directly by ACI Investment Partners, LLC ("ACI"). Mr. Steinberg is the managing member of ACI. Mr. Steinberg disclaims beneficial ownership of the shares held directly by ACI except to the extent of his pecuniary interest therein, if any.

3. Represents a transfer from ACI to the family trusts described in Footnote 4.

4. Mr. Steinberg is co-trustee of each family trust and as a result may be deemed to share beneficial ownership of the securities held of record by each trust to the extent of his pecuniary interest therein, if any.

5. Share balance includes stock purchased under an Employee Stock Purchase Plan (ESPP) not previously reported.

6. The Class B common stock is convertible at any time at the option of the holder into Class A common stock on a one-to-one basis, and will convert automatically into Class A common stock on a one-to-one basis upon the earliest to occur of: (1) the first date on which the voting power of all then-outstanding shares of Class B Common Stock representing less than 10% of the combined voting power of all then-outstanding shares of Common Stock and (2) the date of the death or Disability (as defined in the Issuer's amended and restated certificate of incorporation) of Mr. Steinberg, and (b) upon the date specified by the holders of at least a majority of the then outstanding shares of Class B common stock, voting as a separate class.

7. Represents a transfer from ACI to a charitable annuity trust.

8. Securities held directly by IAC Investment Company IX, LLC ("IAC"). Mr. Steinberg is the managing member of IAC. Mr. Steinberg disclaims beneficial ownership of the shares held directly by IAC except to the extent of his pecuniary interest therein, if any.

9. Securities held direcly by CAIVIS, which is a wholly owned subsidiary of CAIVIS Investment Company V, LLC, of which Mr. Steinberg is the majority shareholder.

| | |
|---|---|
| ACI Investment Partners, LLC, /s/ David A. Steinberg, Managing Member | 12/13/2024 |
| David A. Steinberg, /s/ Steven Vine, Attorney-in-fact | 12/13/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**