UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ZETA GLOBAL HOLDINGS CORPORATION SECURITIES LITIGATION | Case No. 1:24-cv-08961-DEH-SDA |

**SUPPLEMENTAL DECLARATION OF MEGAN A. BEHRMAN IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Megan A. Behrman, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendants Zeta Global Holdings Corp. ("Zeta"), David A. Steinberg, Christopher Greiner, Neej Gore, and Benjamin Hayes (together, "Defendants"). I am admitted to practice in the State of New York and the Southern District of New York. I submit this Supplemental Declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

2. Attached as **Exhibit 13** is a true and correct copy of a PageVault capture of the webpage for the article titled "Zeta Global: Company Removes References to 'Opted-In' Data in 10-K Filing, Experts Question Data Collection Claims" and dated March 7, 2025, which is available at thecapitolforum.com and was last accessed on October 9, 2025.

3. Attached as **Exhibit 14** is a true and correct copy of a PageVault capture of the webpage titled "Subscriber Login" on The Capitol Forum website, which is the page to which the hyperlink in the X post attached as Ex. 11 to my July 11, 2025 declaration (Dkt. 103-11) redirects, and which is available at https://library.thecapitolforum.com/docs/8dvjkunhpxbv and was last accessed on October 9, 2025.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of October 2025.

_____
Megan Behrman
