# Exhibit 13



| | |
|---|---|
| Document title: | Zeta Global: Company Removes References to 'Opted-In' Data in 10-K Filing, Experts Question Data Collection Claims - The Capitol Forum |
| Capture URL: | https://thecapitolforum.com/zeta-global-company-removes-references-to-opted-in-data-in-10-k-filing/ |
| Page loaded at (UTC): | Thu, 09 Oct 2025 16:55:59 GMT |
| Capture timestamp (UTC): | Thu, 09 Oct 2025 16:56:34 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | vHk9DbFU8iPevaAom2qDwA |
| Display Name: | Gregory.donovan |

PDF REFERENCE #:     q3JU2s6JHACEjKAvrsEHMz

THE CAPITOL FORUM

About us    Coverage    Editor's Picks    Resources    Contact Us    Search

Log In    Request a Trial

# Zeta Global: Company Removes References to 'Opted-In' Data in 10-K Filing, Experts Question Data Collection Claims

Published on Mar 07, 2025

Marketing technology company Zeta Global Holdings Corp., which claims to possess one of the world's largest compilations of consumers' personal data, removed all references to its data being "opted-in" in its latest annual filing, raising questions over how the company sources and promotes its data set, a Capitol Forum investigation has found…

## RELATED ARTICLES | Editor's picks



**SHEIN and Temu Look to Europe for Growth After End of De Minimis Exemption in U.S., Raising Concerns Among EU Policymakers**

Chinese e-commerce companies Temu and SHEIN will no longer be able to rely on their low-cost direct-to-consumer model in the U.S. following the end of a trade exemption known as de minimis. As the...

Oct 06, 2025    Read Now >



**EU to Propose Steep Tariffs on Excess Steel Imports to Curb Chinese Overcapacity and Re-engage with U.S.**

Brussels is set to unveil a new trade instrument next week aimed at curbing tariff-free steel imports linked to global overcapacity, particularly from China. The move is also intended to lay the...

Oct 03, 2025    Read Now >



Request your TCF Platform Trial

Investigative news & analysis on how policy affects market competition

REQUEST A TRIAL

SEARCH ARTICLES

**FILTER BY**

Already have an account? **Log in.**

# This article is currently locked and only available to subscribers. Request a trial to receive unlimited access to all articles.

Request a Trial

View Only Unlocked Articles

Copyright ©2025 The Capitol Forum. All Rights Reserved.

Document title: Zeta Global: Company Removes References to 'Opted-In' Data in 10-K Filing, Experts Question Data Collection Claims - The Capitol Forum
Capture URL: https://thecapitolforum.com/zeta-global-company-removes-references-to-opted-in-data-in-10-k-filing/
Capture timestamp (UTC): Thu, 09 Oct 2025 16:56:34 GMT                                    Page 1 of 2

RELATED ARTICLES | Editor's picks



**SHEIN and Temu Look to Europe for Growth After End of De Minimis Exemption in U.S., Raising Concerns Among EU Policymakers**

Chinese e-commerce companies Temu and SHEIN will no longer be able to rely on their low-cost direct-to-consumer model in the U.S. following the end of a trade exemption known as de minimis. As the...

Oct 06, 2025    Read Now >



**EU to Propose Steep Tariffs on Excess Steel Imports to Curb Chinese Overcapacity and Re-engage with U.S.**

Brussels is set to unveil a new trade instrument next week aimed at curbing tariff-free steel imports linked to global overcapacity, particularly from China. The move is also intended to lay the...

Oct 03, 2025    Read Now >



REQUEST A TRIAL

SEARCH ARTICLES

**FILTER BY**

Coverage

Jurisdiction

Sector

---

About us | Coverage | Resources | Contact us

Already have an account? **Log in.**

# This article is currently locked and only available to subscribers. Request a trial to receive unlimited access to all articles.

Request a Trial

View Only Unlocked Articles

Copyright ©2025 The Capitol Forum. All Rights Reserved.