# Exhibit 14

PageVault

| | |
|---|---|
| Document title: | The Capitol Forum |
| Capture URL: | https://library.thecapitolforum.com/auth/login?r=%2Fdocs%2F8dvjkunhpxbv |
| Page loaded at (UTC): | Thu, 09 Oct 2025 16:53:55 GMT |
| Capture timestamp (UTC): | Thu, 09 Oct 2025 16:55:05 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 2 |
| Capture ID: | 6tm3FvTpTZ7te1XWQ1niWd |
| Display Name: | Gregory.donovan |

PDF REFERENCE #:    jgFsVsUsu6uVFfbxqGpvmo

Document title: The Capitol Forum
Capture URL: https://library.thecapitolforum.com/auth/login?r=%2Fdocs%2F8dvjkunhpxbv
Capture timestamp (UTC): Thu, 09 Oct 2025 16:55:05 GMT

Page 1 of 1